```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
 2                      NORTHERN DIVISION

 3
    UNITED STATES OF AMERICA        )
 4            Plaintiff,            )
                                    )
 5       v.                         )Criminal No. 22-0330-RDB
                                    )
 6  AYAZ QURESHI                    )
              Defendant.            )
 7  _____)
                                        Baltimore, Maryland
 8                                      October 14, 2022
                                        2:55 p.m.
 9

10             THE ABOVE-ENTITLED MATTER CAME ON FOR
                             GUILTY PLEA
11           BEFORE THE HONORABLE RICHARD D. BENNETT

12

13                   A P P E A R A N C E S

14  On Behalf of the Plaintiff:

15       PAUL RILEY, ESQUIRE

16  On Behalf of the Defendant:

17       THOMAS MARONICK, JR., ESQUIRE

18  Also Present:
         DANIELLE SANGER, PROBATION AND PRETRIAL SERVICES
19

20

21

22       (Computer-aided transcription of stenotype notes)

23                       Reported by:
                    Ronda J. Thomas, RMR, CRR
24                  Federal Official Reporter
                 101 W. Lombard Street, 4th Floor
25                  Baltimore, Maryland 21201
```

1    (2:55 p.m.)

2         **THE COURT:**  Good afternoon, everyone.  This is calling

3    the case of United States v. Ayaz Qureshi, Criminal No.

4    RDB-22-0330.

5         The Defendant is being charged by way of a one-count

6    criminal information.  We've had a little bit of a delay here

7    in getting some of these materials together, but we have a

8    waiver of indictment in this matter.  We will be proceeding

9    accordingly this afternoon apparently.

10        Let me know just note that the standing orders of this

11   court have previously required that masks be worn in all public

12   areas of the courthouse but that has been revised recently so

13   that the wearing of masks is optional for all persons in

14   general public areas of the courthouse.  And with respect to

15   the courtrooms, masks shall be worn at the discretion of the

16   presiding judge.

17        I have been fully vaccinated and boosted and tested

18   negative within the last month, and I am behind a wall of

19   plexiglass so I am not wearing a mask.  I will inquire of the

20   vaccination status of counsel and of the Defendant before me.

21   If you've been fully vaccinated, you can pull your mask down

22   while speaking.  You don't have to but you're permitted to do

23   so.

24        So with that, if counsel would identify themselves for the

25   record, please.

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

1          **MR. RILEY:**  Yes, good afternoon, Your Honor.

2    Assistant U.S. Attorney Paul Riley on behalf of the Government.

3    I removed my mask, Your Honor, I'm vaccinated and boosted.

4          **THE COURT:**  Yes, Mr. Riley.  Nice to see you.

5          **MR. RILEY:**  Good to see you.

6          **THE COURT:**  I'm looking here, you're not listed on the

7    sheet here.  I apologize.  I'm sorry.  Who else is --

8          **MS. SANGER:**  That's okay.  Judge Bennett, I'm Danielle

9    Sanger with the United States Probation Office.

10          **THE COURT:**  Yes, I'm sorry, Ms. Sanger.  Nice to see

11    you.  You're over here to the left as opposed to -- thank you

12    very much.

13          **MS. SANGER:**  I also have been fully vaccinated and

14    boosted.

15          **THE COURT:**  You are the pretrial services officer, not

16    the probation officer assigned to this case?

17          **MS. SANGER:**  I'm both, Judge.

18          **THE COURT:**  You're both.  All right.  That's fine.

19    I'll make that note, Ms. Sanger, as well.

20       On behalf of the Defendant.

21          **MR. MARONICK:**  Yes.  Good afternoon, Your Honor.

22    Thomas Maronick, Jr.  May it please the Court.  Very nice to

23    see you again.

24          **THE COURT:**  Yes.  Nice to see you.

25          **MR. MARONICK:**  I also am vaccinated and boosted.

1        THE COURT:  Maronick, am I pronouncing --

2        MR. MARONICK:  Maronick, yes, Your Honor.

3        THE COURT:  Maronick, nice to see you.  I haven't seen

4  you since pretrial.

5        MR. MARONICK:  We don't have a jury trial this time,

6  Your Honor.

7        THE COURT:  Nice to see you here, nice to have you

8  here.  Are you privately retained?

9        MR. MARONICK:  Yes, I am.

10       THE COURT:  It's nice to have you, as always,

11 Mr. Maronick, I do recall, and it has been awhile.  And it's

12 always nice to see you.

13    You have been fully vaccinated --

14       MR. MARONICK:  And boosted.

15       THE COURT:  And boosted.

16    Am I pronouncing your client's name correctly?

17 Mr. Qureshi.

18       MR. MARONICK:  That is correct, Your Honor.

19       THE COURT:  Mr. Qureshi, have you been fully

20 vaccinated, sir?

21       THE DEFENDANT:  Yes, Your Honor.

22       THE COURT:  Then you may pull your mask down while

23 speaking.  Again, you don't have to.  And welcome to you, sir.

24    So with that, I would note that the first step here is is

25 that we are proceeding by way of criminal information that was

1   filed back on September the 19th.

2       And the first step here is that, Mr. Qureshi -- hold on

3   one second here.

4       Mr. Qureshi, the Government itself can ordinarily not just

5   charge an individual with a crime without a determination of

6   probable cause.  Ordinarily, that determination of probable

7   cause is made by way of an indictment with the grand jury,

8   which consists of some 23 citizens drawn from the community,

9   determining whether or not there's probable cause to believe an

10  individual committed an offense, or it may be by way of a

11  preliminary hearing under Rule 5 of the Federal Rules of

12  Criminal Procedure by the court.

13      But here there is -- I have before me a waiver of

14  indictment pursuant to which the waiver of indictment, Paper

15  Number 3 that was filed on October the 13th --

16          **MR. MARONICK:**  Court's indulgence, Your Honor.

17  Mr. Qureshi needs to turn his phone off and I don't want it to

18  be a distraction to Your Honor.

19          **THE COURT:**  Yes, sure.

20          **MR. MARONICK:**  You need to turn that off, sir,

21  completely off.

22      I apologize, Your Honor.

23          **THE COURT:**  That's okay.  That's all right.

24          **THE DEFENDANT:**  Sorry, sir.

25          **MR. MARONICK:**  I think it's off now.

```
 1            THE DEFENDANT:  It's not off actually.  I don't know.
 2            MR. MARONICK:  Hopefully --
 3            THE COURT:  Are we ready to proceed now?
 4            MR. MARONICK:  Ready.
 5            THE COURT:  The waiver of indictment form indicates
 6   that you understand that you've been accused of one or more
 7   offenses punishable by imprisonment for more than one year, and
 8   that you've been advised in open court of your rights and the
 9   nature of the proposed charges against you.  And after
10   receiving this advice, you waive your right to prosecution by
11   indictment and consent to prosecution by information; is that
12   correct?
13        Sir, you have to look at me.  I'm asking you questions.
14   If you don't understand that question, it concerns me, okay.
15   It's a very simple question, sir.  Very simple question.
16        You have a right to have a probable cause determination.
17   I have a document here that says waiver of indictment.  You
18   have your signature on it.  And I'm trying to confirm with you,
19   you don't have to look to your lawyer to ask what the answer is
20   going to be.  If you have to look to your lawyer to ask what
21   the answer is going to be, that's going to concern me, okay?
22        Do you understand?
23            THE DEFENDANT:  Actually, it's a language barrier.
24            THE COURT:  You have to pull your mask down while
25   speaking, sir.
```

1    **THE DEFENDANT:**  Your Honor, it's a language barrier,

2  yes.  And I understand slow.

3    **THE COURT:**  Then I'm a quick talking person.  I'll

4  slow down.  You understand I'm not going to accept your guilty

5  plea here today if I don't think you understand what's

6  happening.

7    Do you understand that?

8    **THE DEFENDANT:**  Yes, Your Honor.

9    **THE COURT:**  You have to speak clearly for the court

10  reporter who has to keep up with my quick pace as well as your

11  answers, so I strongly suggest that you keep your mask down if

12  you would, please, so she can understand you.

13    This is not complicated.

14    Normally criminal cases are presented to a grand jury.  Do

15  you understand that, sir?

16    **THE DEFENDANT:**  Yes.

17    **THE COURT:**  And the grand jury determines probable

18  cause whether or not to believe that a person has committed an

19  offense.

20    Do you understand that?

21    **THE DEFENDANT:**  The grand jury, sir, Your Honor?

22    **THE COURT:**  What is your client's ability with

23  English, Mr. Maronick?

24    **MR. MARONICK:**  Your Honor, if I may address that, he

25  has met with me and Mr. Patrick Smith beforehand.  He's

```
 1   answered all of my questions.  To my knowledge, he's answered
 2   all of Mr. Smith's.  I've asked him and gone through line by
 3   line all of the paperwork that is referenced therein.  He said
 4   he understood everything.  He said he speaks English --
 5             THE COURT:  Is your client an American citizen?
 6             MR. MARONICK:  He is an American citizen, Your Honor.
 7   He's not originally from the country.
 8             THE COURT:  If he's an American citizen then he's been
 9   tested for English.
10             MR. MARONICK:  That's correct.
11             THE COURT:  Presumably, the immigration people in this
12   country still require that you have to speak English to become
13   an American citizen.  He is a naturalized American citizen.
14             THE DEFENDANT:  Yes, Your Honor.  I can speak but, you
15   know, my understanding is, like, some words I miss that.  So I
16   need to understand 100 percent.  You know, I'm nervous and
17   confused.
18             THE COURT:  We'll see how far we get with this
19   proceeding here today.
20             THE DEFENDANT:  Yes, Your Honor.
21             MR. MARONICK:  Yes, Your Honor.
22             THE COURT:  We're still on the matter of the waiver of
23   the indictment.  It's a two-line document.  And I just read the
24   document to you.  This says that you waived being charged by a
25   grand jury and that you agree to proceed by way of a criminal
```

```
 1  information that has been filed, okay?
 2          THE DEFENDANT:  Yes, Your Honor.
 3          THE COURT:  Do you understand that, sir?
 4          THE DEFENDANT:  Yes, Your Honor.
 5          THE COURT:  And I think we better be careful with
 6  this.  I'd like for the clerk to take down to the trial table
 7  this document for him to verify that it's his signature.
 8      Looking at that waiver of indictment, is that your
 9  signature there, sir?
10          THE DEFENDANT:  Yes, Your Honor.
11          THE COURT:  All right.  Thank you.
12      Thank you, Ms. Davis.
13      All right.  I'm making a finding that I believe -- he's a
14  naturalized American citizen, which he could not be if he
15  doesn't understand English.  I'm satisfied that the
16  representation has been that his lawyer has explained to him in
17  English the charges.  And I'm satisfied that he understands
18  what I've just said to him.  So I've signed this document and
19  now there's been a waiver of indictment in the case.
20      Ms. Davis, if you'll file that, please.
21      There being a waiver of indictment, we're now proceeding
22  with respect to the one-count criminal information.  And it's
23  clear to me that I'm going to have to read most of this to him.
24  It's a one-count criminal information charging you with wire
25  fraud conspiracy.
```

1    It's charging you with a crime, do you understand, sir?

2         THE DEFENDANT:  Yes, Your Honor.

3         THE COURT:  Do you understand that you are in criminal

4    court here in the federal court?  Do you understand that?

5         THE DEFENDANT:  Yes, Your Honor.

6         THE COURT:  And it charges the following:  That the

7    United States Attorney for the District of Maryland charges

8    that at all times material to this information that the

9    Defendant Ayaz Qureshi was a resident of Severna Park,

10   Maryland, and that on or about February 27, 2013, Mr. Qureshi

11   incorporated a business with the state of Maryland called Yazee

12   Incorporated, and Mr. Qureshi was the president of Yazee

13   Incorporated.  And Yazee Incorporated maintained an account at

14   Wells Fargo Bank, a financial institution insured by the

15   Federal Deposit Insurance Corporation, and doing business

16   throughout the United States, with an account number ending in

17   9954.  And Mr. Qureshi and his wife, S.N., were sole

18   signatories on the account.

19        Is his wife in court with him here today, Mr. Maronick?

20        MR. MARONICK:  I do not see her, Your Honor.

21        THE COURT:  I beg your pardon?

22        MR. MARONICK:  I do not believe she is.

23        Then, Bank 1 was a federally-insured financial institution

24   headquartered in Fort Lee, New Jersey.

25        Bank number one was an approved United States Small

Business Administration lender and participated as a lender in the Paycheck Protection Program known as the PPP program.

Conspirator A.S., who is not named here in the information, was a resident of Baltimore, Maryland, who ran a purported financial services business.  Payroll Processor 1 is a payroll processing and technology company headquartered in Oklahoma City, Oklahoma, doing business throughout the United States.

Then these next portions relate to the Small Business Administration.

Do you understand what I've said thus far, sir?

**THE DEFENDANT:**  Yes, Your Honor.

**THE COURT:**  And have you ever read this entire criminal information?

**THE DEFENDANT:**  (No audible response.)

**THE COURT:**  Has this criminal information ever been read to you?

**THE DEFENDANT:**  No.

**THE COURT:**  No, it has not.  Okay.

**MR. MARONICK:**  Your Honor, I believe, if I may interject, prior to working with me the criminal information, as I understand it, was indeed provided to him by prior counsel.  He went through it is my understanding.

**THE COURT:**  Okay.  Well, we're going to have to do it step by step here now.  This document was filed on September

1   the 19th.

2       The Paycheck Protection Program is then summarized here.

3   And, "The Small Business Administration is an executive branch

4   agency of the United States Government that provides support to

5   entrepreneurs and small businesses.  The mission of the Small

6   Business Administration is to maintain and strengthen the

7   nation's economy by supporting the establishment and viability

8   of small businesses and by assisting in the economic recovery

9   of communities after disasters."

10      "The Coronovirus Aid Relief and Economic Security Act,

11  known as the CARES Act, was a federal law enacted in and around

12  March 2020, designed to provide emergency financial assistance

13  to Americans suffering from the economic effects caused by the

14  COVID-19 pandemic."

15      "Two sources of relief provided by the CARES Act were the

16  authorization of forgivable loans to small businesses for job

17  retention and certain other expenses through a program referred

18  to as the Paycheck Protection Program, and the expansion of the

19  Disaster Loan Program to include pandemic-related economic

20  injury through COVID-19 economic injury disaster loans."

21      Do you understand what I've just read to you there, sir?

22          THE DEFENDANT:  Yes, Your Honor.

23      Can I say something --

24          MR. MARONICK:  Say it to me, first.  Court's

25  indulgence.

1        (Counsel conferring.)

2            THE COURT:  Is there something you didn't understand

3    about that just then, sir?

4            THE DEFENDANT:  Yes.

5            THE COURT:  You're accused of committing fraud in

6    connection with the PPP program in the face of COVID-19.

7        Do you understand that?

8            THE DEFENDANT:  Yes, Your Honor.

9            THE COURT:  Is there anything I just read to you that

10   you don't understand?

11           THE DEFENDANT:  No, I understand all you read.

12           THE COURT:  I'm going to read Paragraph 9 to you.

13       "To obtain a PPP loan, a qualifying business had to submit

14   a PPP loan application signed by an authorized representative

15   of the business."

16       That would obviously be you, sir, it's a company you own

17   of which you're the president.  Do you understand that?

18           THE DEFENDANT:  Yes, Your Honor.

19           THE COURT:  "The PPP loan application required the

20   business, through its authorized representative, to acknowledge

21   the program rules and make affirmative certifications to be

22   eligible for the PPP loan.  For example, in the PPP loan

23   application, that's Small Business Administration Form 2483,

24   the business, through its authorized representative, had to

25   state its average monthly payroll expenses and number of

 1  employees.  In addition, as part of the PPP loan application

 2  process, businesses had to provide documentation showing their

 3  payroll expenses.  These figures were used to calculate the

 4  amount of money the small business was eligible to receive

 5  under the Payment Protection Plan."

 6       Do you understand that, sir?

 7            THE DEFENDANT:  Yes, Your Honor.

 8            THE COURT:  There's a difference between employing one

 9  person and employing 50, for example, Mr. Qureshi.  Do you

10  understand that?

11            THE DEFENDANT:  Yes, Your Honor.

12            THE COURT:  Now, the next paragraph, Paragraph 10

13  reads as follows:  "Once a qualifying business completed a PPP

14  application, a participating lender or agent, on behalf of the

15  participating lender, processed the application.  If a PPP loan

16  application was approved, the participating lender funded the

17  PPP loan using its own monies, which the SBA guaranteed.  In

18  the course of processing the PPP loan, the lender transmitted

19  data from the loan application to the SBA, the Small Business

20  Administration, including information about the borrower, the

21  total amount of the loan, and the identifying number of

22  employees.  Proceeds from a PPP loan were legally required to

23  be used only for certain permissible business expenses."

24       I'm going to repeat this again, sir.

25       "Proceeds from a PPP loan were legally required to be used

Ronda J. Thomas, RMR, CRR – Federal Official Reporter

1  only for certain permissible business expenses."

2      Is there anything I've just read that you don't

3  understand?

4          THE DEFENDANT:  I understand, Your Honor.

5          THE COURT:  "Including payroll cost, mortgage

6  interest, rent, and utilities under the applicable PPP rules

7  and guidance.  The interest and principal on the PPP loan was

8  eligible for forgiveness if the business spent the loan

9  proceeds on permissible items within a designated period of

10  time and used a certain portion of the loan toward payroll

11  expenses."

12      "It is further charged that on or about March 14, 2021,

13  that A.S., another individual named here, submitted or assisted

14  with the submission of a PPP loan application to Bank 1 for

15  Yazee, Inc., with the knowledge and consent of Qureshi," that's

16  you, Mr. Qureshi.

17      Do you understand that?

18          THE DEFENDANT:  Yes, Your Honor.

19          THE COURT:  "And prior to submission of that

20  application, Qureshi provided A.S. with certain documents to be

21  included with the PPP loan application, including photographs

22  of his Maryland driver's license, a voided check from the 9954

23  account, and a bank statement dated February 29, 2020, for the

24  9954 account."

25      "The PPP loan application for Yazee, Inc. reported that

1  Yazee had 16 employees and an average monthly payroll of
2  $100,289."
3      "On or about March 21, 2021, the PPP loan application was
4  manually or electronically signed with Qureshi's name as the
5  owner of Yazee, Inc."
6      "In addition, the PPP loan application contained the
7  initials of Qureshi to certify each of the following
8  representation:
9      First, that Yazee was in operation on February 15, 2020,
10  and had employees for whom it paid salaries and payroll taxes
11  or paid independent contractors as reported on forms 1099.
12      Second, the funds were to be used to retain workers and
13  maintain payroll or make mortgage payments, lease payments, and
14  utility payments.
15      And third, the information provided in the application and
16  the information provided in all supporting documents and forms
17  is true and accurate in all material respects."
18      Mr. Qureshi, just so you understand, there's information
19  that had to be provided, the information had to be truthful.
20  Do you understand?  If the information was not truthful, it
21  amounts to a violation of law.
22      Do you understand that?
23      Do you want to stop and talk to your lawyer a minute?
24          **THE DEFENDANT:**  Yes.
25          **MR. MARONICK:**  Court's indulgence, please.

1          (Counsel conferring with client.)

2          MR. MARONICK:  Your Honor, if I can just fill in, he

3    was referencing to me the actions of the person who A.S. is

4    named in the information, and I informed him it's a separate

5    matter, separate prosecution.  And the acts of A.S. are not --

6    while related, are not part of this specific information

7    against him.

8          THE COURT:  I'm just concerned if he understands what

9    the charges are here?

10         MR. MARONICK:  I believe he does, Your Honor, but

11   obviously that's up to this Honorable Court --

12         THE COURT:  I mean, we can't just keep stopping every

13   paragraph because he has a question about it.  I don't know how

14   we're going to get to a statement of facts with respect to an

15   admission of guilt when he doesn't understand the document.

16         MR. MARONICK:  Mr. Qureshi, do you understand?

17         THE DEFENDANT:  Yes.

18         THE COURT:  I really think, Mr. Maronick, I don't know

19   how much further we're going to go with this.  I mean, we're

20   still trying to have him understand -- I am not comfortable the

21   man understands what the charges are.  I've been stopped now, I

22   think, at least twice, if not three times, for him to stop and

23   ask questions of you with respect to what the charges are.

24         It's not complicated.

25         Sir, this document charges you with lying on documents and

1    improperly receiving money under the PPP program with respect

2    to the response under the CARES Act to the COVID-19 pandemic.

3        Is that not a fair summary, Mr. Riley, what the case is

4    about?

5            MR. RILEY:  It's generally fair, Your Honor.

6            THE COURT:  Mr. Maronick, is that not a fair summary?

7            MR. MARONICK:  Absolutely, Your Honor.

8            THE COURT:  And if he doesn't understand that then I

9    don't know how we can continue to go along.

10            THE DEFENDANT:  Yes, Your Honor.

11            THE COURT:  Well then I don't understand why we're

12    stopping after every paragraph.  We're continuing to stop

13    through this, Mr. Qureshi.  You have a right to have a trial.

14    You have a -- there's a presumption of innocence.  I'm not

15    presuming anything.

16        I'm trying to proceed with what has been represented to me

17    to be an acknowledgement of wrongdoing and a guilty plea.  And

18    if I'm not comfortable that you understand it, I'm not going to

19    accept the guilty plea and we're going to terminate these

20    proceedings.

21        Do you understand that, sir?

22            THE DEFENDANT:  Yes, Your Honor.

23            THE COURT:  And I will have to make a determination.

24    I'm not trying to lean on you.  I can't continue in this

25    fashion with these kinds of stopping and starting.  I'm really

```
 1   increasingly uncomfortable with this.
 2         Do you understand that?
 3               THE DEFENDANT:  Yes, Your Honor.
 4               MR. MARONICK:  Your Honor, one more thing.  I have
 5   informed Mr. Qureshi that at the sentencing phase, which is not
 6   today, he understands, I believe, that case, he'll have a
 7   chance to present the mitigation and talk more specifically
 8   about what he wants the Court to hear.  And then he'll have a
 9   chance if he wants to make a statement on elocution to do so at
10   that time.  He's asked me about doing so today.  I've informed
11   him this is not the phase to do it.
12         If there is some stopping or hesitation on him, it's not,
13   I don't think, any lack of acknowledgment.  It's just he wants
14   a chance to make a statement of elocution.  I informed him very
15   clearly that will happen at the sentencing phase.
16         Do you understand all that, sir?
17               THE DEFENDANT:  Yes, sir.
18               THE COURT:  Mr. Maronick, how long have you been
19   representing him?
20               MR. MARONICK:  I got involved in this case from
21   Mr. Smith over the summer.  I don't have the exact date in
22   front of me.
23               THE COURT:  Because this criminal information was
24   filed on September the 19th.  And the waiver of indictment --
25   when was that signed, Ms. Davis?  The waiver of indictment that
```

1   we just presented here as a document in evidence.

2            THE CLERK:  It was signed October 11th.

3            THE COURT:  October 11th.  Three days ago.  So,

4   obviously, there's been some preparation of this Defendant

5   before coming into court.

6            MR. MARONICK:  Yes.  He met with Mr. Smith beforehand

7   to discuss a plea.  He met with me in my office where we went

8   line by line through the statement of facts, which Your Honor

9   has been reading --

10           THE COURT:  I'm not reading the statement of facts.

11  I'm just reading the charging documents.  I'm not even at the

12  statement of facts.

13           MR. MARONICK:  I understand.  But all of the

14  information contained therein that I was referencing, Your

15  Honor.

16           THE COURT:  We'll continue.  We're going to do our

17  best here to continue.  I'll have to make a determination how

18  much further we're going to continue with this.

19           MR. MARONICK:  Yes, Your Honor.

20           THE COURT:  "The PPP loan application for Yazee

21  Incorporated, which is listed as being your business,

22  Mr. Qureshi, included a falsified Internal Revenue Service Form

23  940, which is an employer's annual federal unemployment tax

24  return for 2019 to substantiate the amount of wages paid to

25  purported employees of Yazee, Inc. for the 2019 tax year.

1     It is charged that the falsified 2019 Form 940 indicated

2  total payments to all employees of $1,203,471.52.

3     Then it is charged in paragraph 18 that, in fact, during

4  the 2019 tax year, Yazee, Inc. paid no wages to any employee.

5     Moreover, the IRS has searched its records for Yazee, Inc.

6  and it has no records of any filed tax records for any part of

7  2019 or 2020 for the business."

8     Do you understand that charge, sir?

9        **THE DEFENDANT:**  Yes, Your Honor.

10        **THE COURT:**  Do you understand that?

11        **THE DEFENDANT:**  Yes, Your Honor.

12        **THE COURT:**  Then further, in Paragraph 20, "As to the

13  PPP loan funding and kickback payments to an individual

14  initialed A.S., based -- it's charged that based on the

15  fraudulent and false representations and submissions made on

16  behalf of Qureshi as the owner of Yazee, Inc., on or about

17  March 22, 2021, the PPP loan funded and approximately $250,723

18  was distributed by Bank 1 to the 9954 account."

19     "For his work on the PPP loan application for Yazee, A.S.

20  expected to receive a kickback payment of approximately

21  30 percent of the funded loan amount when the funded loan

22  amount" -- parens after that -- "is $75,000."

23     That would be approximately 30 percent of the $250,723

24  that was distributed by the bank to you, Mr. Qureshi.  That's

25  not stated in the criminal information.  The record will

1  reflect I'm reading this verbatim, but I'm trying to make sure

2  I'm satisfied the man understands what the charge is.  That's

3  why I'm trying to explain it as we go along.

4      "For his work on the PPP loan application for Yazee" --

5  I've already indicated there was an expected kickback to an

6  individual named A.S. -- "after the PPP loan funded, Qureshi

7  provided A.S. the following checks signed by Qureshi, which

8  were drawn on the 9954 account, and which reflected payment to

9  A.S. for his work on the PPP loan application for Yazee, Inc."

10     Then there are a series of checks.  And these are checks

11  drawn on the Yazee, Inc. account:  "Check number 1019, check

12  number 2022, check number 2023, check number 2024, check number

13  2025, check number 2026, check number 2027, check number 2028,"

14  all in different amounts.

15     Mr. Maronick, if we're going to have any chance of doing

16  this this afternoon, I'm not going to take time to read each

17  amount of each check.  If he's not capable of understanding

18  that, we have a fundamental problem.

19         **MR. MARONICK:**  Do you understand all this,

20  Mr. Qureshi?  You accepted the amounts of the checks?

21         **THE DEFENDANT:**  Yes, yes.

22         **THE COURT:**  It's been represented to me that this

23  criminal information has been reviewed with you and the

24  Defendant has indicated to the contrary here in court today.

25     "At the time that Qureshi provided A.S. checks referenced

1   in Paragraph 22 above, Qureshi left the payee name on each

2   check blank.  Thereafter, A.S., and others known and unknown to

3   the United States Attorney, wrote a payee name on each of the

4   checks and each check was ultimately deposited and each was

5   drawn on the 9954 account."

6        Then it is alleged that "on or about June 22, 2021,

7   Qureshi signed an agreement with Payroll Processor 1, pursuant

8   to which Payroll Processor 1 agreed to provide payroll

9   processing services for Yazee, Inc., and its purported

10  employees.  The agreement authorized Payroll Processor 1 to

11  make withdrawals from the 9954 account for the purpose of

12  making payments to purported employees of Yazee, Inc.  Each of

13  these individuals had been identified by Qureshi as employees

14  of Yazee, Inc., but, in fact, were not employees" -- in fact

15  were not employed by the business.

16       "Beginning on or about July 2, 2021, and continuing

17  through or about December 15, 2021, Payroll Processor 1 made

18  purported payroll payments from the 9954 account via ACH debits

19  to Qureshi, his wife, and other associates that purported to be

20  employees of Yazee Incorporated.  In total, $144,647.21 in

21  purported payroll payments were made to Qureshi, his wife, and

22  others associates from the 9954 accounts, all of which

23  consisted of funds traceable to the PPP loan obtained by

24  Qureshi and Yazee, his purported business."

25       "Beginning in or around March 2021, and continuing through

1  in or around December 2021, in the District of Maryland and

2  elsewhere, the Defendant Ayaz Qureshi, knowingly and willfully

3  conspired and agreed with A.S., and others known and unknown to

4  the United States Attorney, to commit any offense under Chapter

5  63 of Title 18 United States Code; namely, to knowingly and

6  willfully execute and attempt to execute a scheme and artifice

7  to defraud a financial institution, namely Bank 1 and to obtain

8  and attempt to obtain money and property of Bank 1 by means of

9  materially false and fraudulent pretenses, representations, and

10  promises, and for the purpose of executing, and attempting to

11  execute, the scheme to defraud, did knowingly and willfully

12  transmit and cause to be transmitted by means of wire

13  communications in interstate and foreign commerce, writings,

14  signs, signals, pictures, and sounds, which was the scheme to

15  defraud in violation of 18 United States Code § 1343."

16      "It was the object of the conspiracy and scheme to defraud

17  for Qureshi to personally enrich himself by fraudulently

18  obtaining a PPP loan in the amount of more than $250,000 for

19  his own personal use and benefit and for the personal benefit

20  and use of his associates in offering and paying kickbacks in

21  return for the submission of fraudulent PPP loan application."

22      "It was part of the conspiracy and scheme to defraud that

23  the Defendant Qureshi, A.S., and others known and unknown to

24  the United States Attorney, conspired to submit false

25  materials, including a false PPP loan application, and a false

1  2019 IRS Form 940 as to Bank 1 to obtain a PPP loan for Yazee

2  Incorporated."

3       "It was further part of the conspiracy and scheme to

4  defraud that A.S., and others known and unknown to the United

5  States Attorney, fabricated a false IRS Form 940 to be

6  submitted with the PPP loan application for Yazee, Inc.  The

7  purpose of the false IRS Form 940 was to circumvent Bank 1's

8  requirement that prospective borrowers submit documentation to

9  support the payroll figures that served as a basis for the PPP

10  loan application.  The false IRS Form 940, which had never been

11  filed with the IRS" -- do you understand that charge, sir?

12           THE DEFENDANT:  Yes.

13           THE COURT:  Is there any confusion about that?

14           THE DEFENDANT:  No, sir.

15           THE COURT:  You are alleged to have used a false IRS

16  document to fraudulently obtain money.  Do you understand that?

17           THE DEFENDANT:  Yes, Your Honor.

18           THE COURT:  -- "the false IRS Form 940, which had

19  never been filed with the IRS, was submitted in support of the

20  PPP loan application for Yazee, Inc."

21       "It was further part of the conspiracy and scheme to

22  defraud that the fabricated IRS Form 940 reflected that Yazee

23  paid $1,203,471.52 in wages to all employees in 2019.  In fact,

24  in 2019 and 2020, Yazee, Inc. did not file any 2009 Form 940

25  with the IRS, pay unemployment tax to the IRS, or withhold

1  federal income tax for any employee."

2  "It was further part of the conspiracy and scheme to

3  defraud that based on the fraudulent and false representations

4  and submissions made on behalf of Qureshi as the owner of

5  Yazee, Inc., on or about March 22, 2021, the PPP loan funded

6  and approximately $250,723 was distributed by Bank 1 to the

7  9954 account belonging to Yazee, Inc."

8  "It was a further part of the conspiracy and scheme to

9  defraud that Qureshi paid A.S. a 75,000-dollar kickback

10  reflecting approximately 30 percent of the PPP loan amount

11  received by Yazee in exchange for A.S.'s role in submitting the

12  PPP loan application for the purported business."

13  Do you understand that charge, sir?

14  THE DEFENDANT:  Yes, Your Honor.

15  THE COURT:  You are accused of writing a 75,000-dollar

16  check with these fraudulently-obtained funds to another

17  individual.  Is there any confusion about that charge?

18  THE DEFENDANT:  No, Your Honor.

19  THE COURT:  I beg your pardon?

20  THE DEFENDANT:  No, Your Honor.

21  THE COURT:  "It was a further part of the conspiracy

22  and scheme to defraud that Qureshi paid A.S. this kickback by

23  providing him a total of eight checks" -- which were referenced

24  above previously but I haven't listed the amount of each of

25  those checks -- "each of which was signed by Qureshi and had a

1   dollar amount filled in but left the payee blank."

2        "It was further part of the conspiracy and scheme to

3   defraud that A.S., and others known and unknown to the United

4   States Attorney, wrote a payee name on each of the checks, each

5   check was deposited into accounts controlled by A.S., and each

6   was ultimately drawn on the 9954 account."

7        Hold on one second.

8        "It was further part of the conspiracy and scheme to

9   defraud after receiving the PPP loan for Yazee, Inc., Qureshi,

10  with the assistance of A.S., established payroll processing

11  services through Payroll Processor 1 for the purpose of making

12  payments to purported employees of Yazee, Inc., including

13  Qureshi, his wife, and other associates.  The purpose of

14  establishing payroll services for Yazee, Inc., after receipt of

15  the PPP loan, was to facilitate the creation of documentation

16  that could be used to substantiate a request for the PPP loan

17  to be forgiven, which it was."

18       "It was further part of the conspiracy and scheme to

19  defraud that Qureshi made no payments to Bank 1 in connection

20  with the PPP loan for Yazee, Inc."

21       "It was a further part of the conspiracy and scheme to

22  defraud that Qureshi, A.S., and others known and unknown to the

23  United States Attorney, utilized interstate wires to submit and

24  assist in the submission and communicate with each other about

25  the submission of a PPP loan application to Bank 1 and to

1  establish payroll processing services from Payroll Processor 1

2  from Yazee, Inc."

3      Then there are forfeiture allegations.  And the forfeiture

4  allegations have to do with your forfeiting certain substitute

5  assets in return for the remuneration for the funds taken.

6  It's pursuant to a specific rule that is listed.  It's listed

7  that you shall forfeit to the United States any property

8  constituting or derived from proceeds obtained directly or

9  indirectly as a result of the scheme to defraud.

10      And as to those substitute assets, Mr. Qureshi, if any of

11  the property above, as a result of any act by you, cannot be

12  located, or has been transferred or sold to a third-party, or

13  has been placed beyond the jurisdiction of the court, or has

14  been substantially diminished in value, or has been commingled

15  with other property, the United States shall be entitled to

16  forfeiture of substitute property.

17      What that means is is to the extent that there cannot be a

18  total recovery of the money that you allegedly, fraudulently

19  received from the program that the Government can attach other

20  is assets.

21      Do you understand that?

22          THE DEFENDANT:  Yes, Your Honor.

23          THE COURT:  Do you understand the charges placed

24  against you, sir?

25          THE DEFENDANT:  Yes, Your Honor.

**THE COURT:**  That is the criminal information.  The record will reflect that I have literally read that verbatim, almost 10 pages.

Is that correct from your point of view, Mr. Maronick?

**MR. MARONICK:**  Yes, it is, Your Honor.

**THE COURT:**  Now, the next thing we have is a Form 5F, which is required by law with respect to an initial appearance in court, with respect to the fact that presumably the law says that we must remind the Government of its obligations under *Brady v. Maryland* with respect to information that would be exculpatory to the Defendant and the Due Process Protections Act requires that we ensure that that has taken place.

And, Mr. Riley, I gather the Government is prepared to make a representation that any material that would constitute *Brady v. Maryland* material has been given to defense counsel?

**MR. RILEY:**  Yes, Your Honor.

**THE COURT:**  Is that both prior defense counsel and the current defense counsel?

**MR. RILEY:**  Preindictment discovery was provided to prior defense counsel.  Happy to provide it to this counsel again.  I don't know if this counsel has gotten those materials --

**THE COURT:**  Mr. Maronick, are you satisfied that that kind of material has been provided to you or your predecessor?

**MR. MARONICK:**  I am satisfied.  Yes, Your Honor.

1      **THE COURT:**  All right.  Madam Clerk, this will be

2  filed as well.

3      Now, with respect to the initial appearance here in this

4  case.  The case is being listed as a rearraignment.  It's not a

5  rearraignment, it's an arraignment, because the Defendant has

6  not even had an initial appearance yet on this matter.

7  Correct?

8      **MR. RILEY:**  That's my office's, my mistake.  I take

9  responsibility --

10      **THE COURT:**  We'll have to take this as well.  That's

11  quite all right.  We're going to go step by step.  If I

12  determine we can't continue we'll just stop.  It's late in the

13  day and we haven't even began to take the plea yet.

14      Under Rule 5 of the Federal Rules of Criminal Procedure,

15  Mr. Qureshi, you're entitled to an initial appearance that

16  normally is held before a magistrate judge.  And with respect

17  to the initial appearance, it's a time for you to make sure

18  that you understand the nature of the charges, which is

19  obviously necessary because it's clear to me that you didn't

20  when you walked in here today.

21      I've read the entire charge to you verbatim.  You've

22  indicated to me that you understand it; is that correct, sir?

23      **THE DEFENDANT:**  Yes, Your Honor.

24      **THE COURT:**  You have not been put under oath yet.

25  You're going to be put under oath in a minute.  But I'm

1  satisfied that you understand it.

2       You have a right to employ counsel or request the

3  assignment of counsel.

4       Mr. Maronick, you are privately retained, correct?

5            **MR. MARONICK:**  That's correct.

6            **THE COURT:**  So you have an attorney of your choice.

7       You have a right to preliminary hearing to which I

8  previously advised you.

9       You have a right to the matter of pretrial release.  We

10  don't have any release documents that have been worked up in

11  this case either yet that I've seen.  But that's why we have

12  Ms. Sanger here.  So we'll eventually get to that in terms of

13  conditions of release.  There's no form that I received from

14  pretrial services with respect to this.

15       You're not required to make any statement.  If you have

16  made a statement, you need say no more.  You have rights under

17  what is a known as *Miranda v. Arizona* as to self-incrimination.

18  You can cease making any comments you want at any point in

19  time.  It is necessary for you to understand that, sir, because

20  under Rule 11 of the Federal Rules of Criminal Procedure, we

21  have a very lengthy process that is obviously going to be more

22  lengthy today to make sure you understand the nature of the

23  charges against you.

24       If I'm not satisfied that you understand it, I will not

25  accept a guilty plea.  Do you understand that?

1    THE DEFENDANT:  Yes, Your Honor.

2    THE COURT:  All right.  And understanding that, we've

3  held the initial appearance.  It would serve no purpose to have

4  any entry as to the initial appearance because we're now here

5  at the arraignment already.

6    Is there anything further from the point of view of the

7  initial appearance the Government wishes for me to cover?

8    MR. RILEY:  No, Your Honor.

9    THE COURT:  Mr. Maronick, anything further?

10    MR. MARONICK:  Nothing further.

11    THE COURT:  Now, proceeding with respect to the

12  arraignment.

13    Having read the criminal information, having proceeded

14  under Rule 5 with respect to the initial appearance, we're now

15  ready to proceed with respect to the taking of the guilty plea

16  in this matter.  It's a one-count criminal information charging

17  you with wire fraud conspiracy in violation of 18 United States

18  Code § 1349 and 1343.

19    MR. RILEY:  There is someone in the courtroom.  I'm

20  not sure who that is.

21    THE COURT:  I can't see anybody in the courtroom.  Who

22  is the person in the courtroom?

23    MS. SANGER:  I'm an intern for Judge Rubin.

24    THE COURT:  I'm sorry, when it comes to the future,

25  the clerk should know that.  So the clerk should know who is in

1   the courtroom.  I'm sorry.  That's fine.  It's okay.  That's

2   the least of our problems here this afternoon.

3       Let's see if we can try to get through this.  Just about

4   every loose end that could be dangling -- we're laughing now.

5       (Laughter.)

6           THE COURT:  -- there's not a thing that has gone

7   normal in this matter.  We've been going at this for almost an

8   hour so we'll do the best we can do.

9           MR. RILEY:  Thank you, Your Honor.

10          THE COURT:  Mr. Qureshi, I'm not angry with you.  If

11  the trains don't run on time it's my fault.  If I don't have a

12  document, it's because I didn't demand to get a document.  If

13  the defendant hasn't been properly prepared, it's because I

14  didn't cross the T and dot the I to see that it was done.  So

15  it's my fault.  All responsibility bears with me up here.  If

16  anything is screwed up, it's because of me.

17      Do you understand that?

18          THE DEFENDANT:  Yes, Your Honor.

19          THE COURT:  So I apologize to you.  That's just the

20  way it is.  I apologize to you in terms of how this has been

21  handled so far.

22          THE DEFENDANT:  Yes, Your Honor.

23      (It is the policy of this court that every guilty

24  plea and sentencing proceeding include a bench conference

25  concerning whether the defendant is or is not cooperating.)

Ronda J. Thomas, RMR, CRR - Federal Official Reporter

1    **THE COURT:**  So, with that, we're going to try to do
2  our best to proceed with a guilty plea here.
3    Now, you're going to be placed under oath, sir.  And I'm
4  going to make sure that you understand that you're under oath.
5  It means that if you lie to me and state an untruthful
6  statement, apart from this document you're charged with, you
7  can face perjury or false statements to me.
8    Do you understand that?
9    **THE DEFENDANT:**  Yes, Your Honor.
10    **THE COURT:**  You're standing in front of me for the
11  very reason that you're accused of lying.  So make sure you
12  understand when you take the oath what it means.
13    Do you understand that, sir?
14    **THE DEFENDANT:**  Yes, Your Honor.
15    **THE COURT:**  And to Judge Rubin's intern, I'll just say
16  that this is hardly the norm for a guilty plea here.  I hope
17  you understand that in terms of -- I appreciate your being here
18  to observe.
19    So with that, Ms. Davis, if we will administer the oath to
20  the Defendant.
21    **THE CLERK:**  Please raise your right hand, Mr. Qureshi.
22    (Defendant sworn.)
23    **THE CLERK:**  Please state your name for the record.
24    **THE DEFENDANT:**  My name is Ayaz Qureshi.
25    **THE CLERK:**  Thank you.  What is your age?

1          THE DEFENDANT:  I was born in 1969.  June 11.  So

2   that's 53.

3          THE CLERK:  Thank you.  Have you read the information

4   or has the substance of the charge been explained to you?

5          MR. MARONICK:  What His Honor just read.

6          THE DEFENDANT:  Can you repeat that?

7          THE CLERK:  Have you read the information or has the

8   substance of the charge been explained to you?

9          THE DEFENDANT:  Yes.

10         THE CLERK:  Do you understand the charge?

11         THE DEFENDANT:  Yes.

12         THE CLERK:  Mr. Maronick, are you satisfied that the

13  Defendant understands the charge against him?

14         MR. MARONICK:  Yes.

15         THE CLERK:  Mr. Qureshi, you have been charged in

16  Count 1 of the information, what is your plea?

17         THE DEFENDANT:  Guilty.

18         THE CLERK:  Your plea is guilty as to Count 1 of the

19  information; is that correct?

20         THE DEFENDANT:  Yes, ma'am.

21         THE CLERK:  Thank you.

22         THE COURT:  Thank you, Ms. Davis.

23      As I've already said to you, Mr. Qureshi, you understand

24  that you're now under oath.

25         THE DEFENDANT:  Yes.  Yes, Your Honor.

1          THE COURT:  And do you understand if you answer any of

2    my questions falsely, those answers could later be used against

3    you in another prosecution for perjury or making false

4    statements?

5          THE DEFENDANT:  Yes, Your Honor.

6          THE COURT:  How far did you get in school, sir?

7          THE DEFENDANT:  I actually -- I've been homeschooling

8    and I don't like to go to school so  . . .

9          THE COURT:  What is your native country of birth?

10         THE DEFENDANT:  Pakistan.

11         THE COURT:  Pakistan.  And when did you come to the

12   United States?

13         THE DEFENDANT:  2000, sir.

14         THE COURT:  2000.

15         THE DEFENDANT:  Yes, Your Honor.

16         THE COURT:  Did you speak any English when you arrived

17   from Pakistan in 2000?

18         THE DEFENDANT:  Yeah, we just --

19         THE COURT:  English is a common language in Pakistan,

20   is it not?

21         THE DEFENDANT:  Yes.  And also watching the TV.

22         THE COURT:  When did you obtain naturalized American

23   citizenship?

24         THE DEFENDANT:  Back in -- my best memory 2005 or '06,

25   '04, probably.  I don't remember exactly.

1          **THE COURT:**  Can you read and write the English
2    language?

3          **THE DEFENDANT:**  Yes, sir.  Yes, Your Honor.

4          **THE COURT:**  Have you been treated recently for any
5    mental illness or addiction to narcotic drugs of any kind?

6          **THE DEFENDANT:**  I have a little depression.

7          **THE COURT:**  All right.  Are you currently under the
8    influence of any drugs or medication?

9          **THE DEFENDANT:**  No.

10         **THE COURT:**  With respect to depression, have you taken
11   medication for depression?

12         **THE DEFENDANT:**  The doctor, she write it down for me,
13   but I'm not using that one because I'm feeling okay.

14         **THE COURT:**  I understand.  But when is the last time
15   you took medication for depression?

16         **THE DEFENDANT:**  Three or four nights ago when I
17   normally went to sleep.  Only that time.

18         **THE COURT:**  When was it, sir?

19         **THE DEFENDANT:**  Three or four days ago when I feel I
20   cannot sleep so, you know.

21         **THE COURT:**  Is the fact -- have you taken any
22   medication in the last 48 hours?

23         **THE DEFENDANT:**  No, no.

24         **THE COURT:**  Mr. Maronick, are you satisfied that your
25   client is competent to proceed with this guilty plea.

1      MR. MARONICK:  Yes, Your Honor.

2      THE COURT:  More importantly, are you satisfied that

3   he sufficiently understands English to proceed with this guilty

4   plea?

5      MR. MARONICK:  Yes, Your Honor.

6      THE COURT:  The one-count criminal information, you

7   have received a copy of it.  I recognize that it had not been

8   read to you, but you have received a copy of it, correct?

9      THE DEFENDANT:  Yes, Your Honor.

10      THE COURT:  That's what I read from earlier in these

11   proceedings.

12   Do you understand that?

13      THE DEFENDANT:  Yes, Your Honor.

14      THE COURT:  Have you fully discussed these charges

15   with your attorney, Mr. Maronick?

16      THE DEFENDANT:  Yes, Your Honor.

17      THE COURT:  Have you discussed the whole situation

18   with him, including the evidence in the case?

19      THE DEFENDANT:  Yes, Your Honor.

20      THE COURT:  Potential witnesses and the possibility of

21   a trial and even an appeal if you were convicted by a jury in

22   this case.  Do you understand that?

23      THE DEFENDANT:  Yes, Your Honor.

24      THE COURT:  Are you fully satisfied with Mr. Maronick

25   and his representation and the advice which he's given you?

1              THE DEFENDANT:  Yes, Your Honor.

2              THE COURT:  Is there anything which you've asked him

3    to do which he has not done?

4              THE DEFENDANT:  He is doing well, sir.

5              THE COURT:  I beg your pardon?

6              THE DEFENDANT:  He's doing well.

7              THE COURT:  Is there anything that you've asked him to

8    do which he has not done?

9              THE DEFENDANT:  No, he's --

10             THE COURT:  I guess let me ask, has he done everything

11   that you asked him to do?

12             THE DEFENDANT:  Yes, Your Honor.

13             THE COURT:  Okay.  The Court has been advised that

14   there's a plea agreement in this case which has been set forth

15   in a letter of September 14, 2022.  And the original of that

16   letter has been marked as Government Exhibit 1.  And,

17   Mr. Maronick, if you'll retrieve the original of the letter

18   from the clerk's desk.

19             MR. MARONICK:  May I approach?

20             THE COURT:  Yes.

21             MR. MARONICK:  For the record, I've retrieved the

22   original, Your Honor.

23             THE COURT:  Okay.  I would note that we absolutely

24   cannot -- cannot read this entire letter to him.  And so I'm

25   going to go over the portions of the letter carefully with you,

 1  Mr. Qureshi, but I cannot read this entire letter to you.

 2            THE DEFENDANT:  Okay.  Yes, Your Honor.

 3            THE COURT:  All right.  But -- and with respect to any

 4  sealed supplements thereto.

 5       If you'll first look, is that your signature there on

 6  Page 9, Mr. Qureshi?

 7            THE DEFENDANT:  Yes, Your Honor.

 8            THE COURT:  There's not -- it's not indicated on the

 9  copy that I have when you signed it.  Is it on the original,

10  Mr. Maronick, as to when he signed it?

11            MR. MARONICK:  Yes, Your Honor.  That would be the

12  16th of September.

13            THE COURT:  16th of the September.

14            MR. MARONICK:  Yes.

15            THE COURT:  And there is an attachment thereto,

16  attachment A, and they are the statement of facts as to which

17  there's a stipulation that provides the factual predicate for

18  this Court's acceptance of the guilty plea.

19       Is that your signature there on Page 11?

20            MR. MARONICK:  I'm turning to that page, Your Honor.

21       Is that your signature?

22            THE DEFENDANT:  Yes, Your Honor.

23            THE COURT:  And then with respect to a sealed

24  supplement, is that your signature on Page 5, Mr. Qureshi?

25            THE DEFENDANT:  Yes, Your Honor.

1    THE COURT:  Did you have occasion -- that's already
2 been marked as Government's Exhibit 1 for purposes of these
3 proceedings.
4    Did you have an opportunity to read and discuss this plea
5 agreement with either Mr. Smith or Mr. Maronick, your current
6 attorney, before you signed it in those places?
7         THE DEFENDANT:  Yes, Your Honor.
8         THE COURT:  And did you understand what was in the
9 plea agreement when you signed it there?
10        THE DEFENDANT:  Yes, Your Honor.
11        THE COURT:  And, Mr. Maronick, are you satisfied that
12 when he signed the plea agreement letter on September 16th, and
13 also I believe it has your signature there on those portions as
14 well, are you satisfied that he understood what he was signing
15 when he signed it on September 16th?
16        MR. MARONICK:  Yes, Your Honor.
17        THE COURT:  And this is the same agreement in which
18 you, in fact, signed; is that right, Mr. Qureshi?
19        THE DEFENDANT:  Yes, Your Honor.
20        THE COURT:  Are you satisfied, Mr. Maronick, that this
21 plea agreement letter with the sealed supplement attached
22 thereto sets forth the complete agreement between your client
23 and the Government?
24        MR. MARONICK:  Yes, I am.
25        THE COURT:  And, Mr. Qureshi, are you satisfied that

1  this plea agreement letter sets forth the complete agreement

2  between you and the Government?

3          THE DEFENDANT:  Yes, Your Honor.

4          THE COURT:  Okay.  That'll be introduced as

5  Government's Exhibit 1 and be placed under seal.  And if you'll

6  return the original to the clerk's desk.

7      Thank you, Mr. Maronick.

8          MR. MARONICK:  Thank you, Your Honor.

9          THE COURT:  I believe you have a copy of the plea

10  agreement there.  Mr. Maronick has a copy of the plea

11  agreement.

12      In Paragraph 20 of the plea agreement it states that the

13  Court is not a party to the agreement.  I haven't signed it

14  anywhere.

15      Do you understand that?

16          THE DEFENDANT:  Yes, Your Honor.

17          THE COURT:  What that means is that the terms of the

18  plea agreement here, the entire document that we just entered

19  into evidence, are merely recommendations to me.  They're not

20  binding upon me.

21      Do you understand that?

22          THE DEFENDANT:  Yes, Your Honor.

23          THE COURT:  Do you understand that I can reject those

24  recommendations without permitting you to withdraw your plea of

25  guilty?

1        THE DEFENDANT:  Yes, Your Honor.

2        THE COURT:  Do you understand that I could impose a

3  sentence which is more severe than you anticipate or it might

4  be more lenient and not as harsh as the Government desires.

5     Do you understand that?

6        THE DEFENDANT:  Yes, Your Honor.

7        THE COURT:  Has anyone in any way tried to threaten

8  you or force you to plead guilty in this case?

9        THE DEFENDANT:  No, Your Honor.

10        THE COURT:  Are you pleading guilty on your own freely

11  because you are, in fact, guilty?

12        THE DEFENDANT:  Yes, Your Honor.

13        THE COURT:  Do you understand the offense to which

14  you're pleading guilty, specifically wire fraud conspiracy in

15  violation of 18 United States Code § 1349 and 1343 is a felony

16  offense?

17        THE DEFENDANT:  Yes, Your Honor.

18        THE COURT:  And if I accept your plea of guilty, and

19  you're adjudged guilty of that offense, that adjudication will

20  deprive you of certain valuable civil rights.

21     Do you understand that?

22        THE DEFENDANT:  Yes, Your Honor.

23        THE COURT:  You lose the right to vote.  You lose the

24  right to have a firearm.  You lose the right to have

25  ammunition.

1    I've already explained to you that -- you've already

2    indicated to me that you're an American citizen, so you will

3    not face deportation because of this charge, because you are

4    apparently a naturalized American citizen, but you might be

5    unable to keep certain licenses or permits or jobs because of

6    your felony conviction here.

7        Do you understand that?

8            THE DEFENDANT:  Yes, Your Honor.

9            THE COURT:  Just so you understand what I'm saying,

10    for example, there are public benefits such as Section 8

11    housing vouchers that are issued out by the federal government.

12    A felony conviction makes you ineligible for receiving that

13    kind of federal public housing benefit.

14        Do you understand that?

15            THE DEFENDANT:  Yes, Your Honor.

16            THE COURT:  If you've been convicted of another crime

17    in the past and you were on parole or probation for another

18    offense, you could face the possibility of violation of parole

19    or probation because of your conviction here.

20        Do you understand that?

21            THE DEFENDANT:  Yes, Your Honor.

22            THE COURT:  If you were to be convicted of another

23    crime in the future, and you were in another courtroom in front

24    of another judge, you could receive a harsher sentence because

25    of your conviction here.

1    Do you understand that?

2         **THE DEFENDANT:**  Yes, Your Honor.

3         **THE COURT:**  You also face a possibility of forfeiture

4    of certain property and Paragraphs 11 through 15 of the plea

5    agreement specifically note the potentiality of forfeiture of

6    certain assets, including $250,723 in U.S. currency.

7    Do you understand that?

8         **THE DEFENDANT:**  Yes, Your Honor.

9         **THE COURT:**  And Paragraph 19, while we're at it on

10   that topic, Paragraph 19 notes that you face the matter of

11   restitution, a restitution order that could be entered with

12   respect to money to be paid in restitution of the money that

13   you fraudulently received.

14   Do you understand that?

15        **THE DEFENDANT:**  Yes, Your Honor.

16        **THE COURT:**  What you allegedly fraudulently received

17   at this point because I have not accepted the guilty plea yet.

18        As was noted in Paragraph 3 of the plea agreement, do you

19   understand that the maximum sentence provided by statute for

20   this offense is 30 years imprisonment, a term of supervised

21   release of five years, and a maximum fine of $1 million.  They

22   are the maximum penalties.  That's not to suggest they will be

23   the penalties, but they are the maximum penalties that apply to

24   this offense.

25        Do you understand that, Mr. Qureshi?

1        **THE DEFENDANT:**  Yes, Your Honor.

2        **THE COURT:**  I beg your pardon?

3        **THE DEFENDANT:**  Yes, Your Honor.

4        **THE COURT:**  And you must pay a 100-dollar special

5   assessment at the time of sentencing when you return here for

6   sentencing.

7        Do you understand that, sir?

8        **THE DEFENDANT:**  Yes, Your Honor.

9        **THE COURT:**  Hold on one second, please.

10       Now, you mentioned supervised release, Mr. Qureshi.

11   Supervised release involves your compliance with certain

12   conditions set by the Court and monitored by the probation

13   office after any period of incarceration.

14       Do you understand that if you were to get a prison

15   sentence and then be released on supervised release, if you

16   were to violate conditions of supervised release you could be

17   sent back to federal prison.

18       Do you understand that?

19       **THE DEFENDANT:**  Yes, Your Honor.

20       **THE COURT:**  Are you satisfied then, Mr. Maronick, that

21   Mr. Qureshi understands all the possible consequences of his

22   plea of guilty?

23       **MR. MARONICK:**  Yes, I am, Your Honor.

24       **THE COURT:**  And are you satisfied, Mr. Qureshi, that

25   you understand all the possible consequences of your plea of

1  guilty?

2          THE DEFENDANT:  Yes, Your Honor.

3          THE COURT:  Let me explain to you, generally, how

4  sentencing works in federal court.  And there are two key

5  opinions of the United States Supreme Court that I'll just try

6  to summarize in terms of the meaning of those.  The sentencing

7  guidelines that apply here are mentioned in Paragraph 5 of the

8  plea agreement letter, which is in front of you, a copy of

9  which is in front of you, and, specifically, pursuant to

10 Section 5 of the plea agreement the advisory guidelines apply.

11 And the advisory guidelines were found constitutional by the

12 Supreme Court of the United States in the case of *United States*

13 *v. Booker* in January of 2005; but they were found to be

14 constitutional with the deletion of any mandatory provisions,

15 which means that the guidelines are advisory and are no longer

16 mandatory.  And federal judges, while not bound to apply the

17 guidelines, must still consult them and take them into account

18 when imposing a sentence, subject to review by courts of

19 appeals for unreasonableness.

20     Do you understand that?

21          THE DEFENDANT:  Yes.

22          THE COURT:  It means these guidelines have been held

23 to be constitutional, but other factors are to be considered as

24 well.

25     Do you understand that, Mr. Qureshi?

1          **THE DEFENDANT:**  Yes, Your Honor.

2          **THE COURT:**  And in another opinion of the United

3    States Supreme Court in *Gall v. United States*, three years

4    after the *Booker* case, the Supreme Court specifically held that

5    federal judges should not presume that the guideline range is

6    reasonable, but it is a starting point in a multistep process.

7          So when you come back here for sentencing -- Ms. Sanger,

8    we're going to hear from her in a minute with respect to

9    conditions of releases that are recommended.  Presuming you're

10   released here today, she will be preparing a presentence

11   investigation report, and each side will see it.  And the

12   presentence investigation report will have various facts that I

13   consider.  So I won't just presume that the guideline range is

14   reasonable, but I'll consider all of those matters as well when

15   you return here for sentencing, which had originally been

16   scheduled -- I understand it had been originally scheduled for

17   January, but now it's been changed to Thursday, February 2nd of

18   next year.

19         Do you understand the general process of federal

20   sentencing guidelines that have to be reviewed in terms of an

21   appropriate sentence in this case?

22         **THE DEFENDANT:**  Yes, Your Honor.

23         **THE COURT:**  And Paragraph 6 is a guideline

24   calculation.  And it basically comes out to in terms of the

25   amount of money involved and then giving you credit for your

1  acceptance and responsibility.  And there's an anticipated

2  total offense level of 16.

3       And I can tell you, Mr. Qureshi, that that offense level

4  would expose you to time in prison under the guidelines, a

5  total offense level of 16 would expose you to time in federal

6  prison.

7       Do you understand that?

8            THE DEFENDANT:  Yes, Your Honor.

9            THE COURT:  And has that been made clear to you by

10 your attorneys?

11           THE DEFENDANT:  Yes.

12           THE COURT:  We're now up to Paragraph 7 of the plea

13 agreement letter and that states that there is no agreement as

14 to your criminal history and that could be important,

15 Mr. Qureshi, because if you have some unknown criminal history

16 that will affect your range of imprisonment and it will affect

17 my judgment on what kind of prison sentence, if any, you should

18 receive.

19      Do you understand that?

20           THE DEFENDANT:  Yes.

21           THE COURT:  Paragraph 8 of the plea agreement notes

22 that there are no other guideline issues which are in dispute,

23 which means there's no dispute about how the guidelines are

24 being calculated.

25      Do you understand that?

1          THE DEFENDANT:  Yes, Your Honor.

2          THE COURT:  And then Paragraph 9 notes that both you

3   and the Government can request a reasonable sentence.  It

4   usually is the case that what the Government feels is

5   reasonable is not what the defense attorney thinks is

6   reasonable.

7          Do you understand that?

8          THE DEFENDANT:  Yes.

9          THE COURT:  I will hear what both sides have to stay

10  along with if there are sentencing memoranda when I determine

11  what the appropriate penalty should be when you ultimately

12  return here for sentencing.

13         Do you understand that, sir?

14         THE DEFENDANT:  Yes, Your Honor.

15         THE COURT:  I'll not be able to determine the advisory

16  guideline range in this case until after a presentence

17  investigation report has been prepared by Ms. Sanger and after

18  both you and the Government have an opportunity to review it

19  and to note any objections to it.  She'll prepare a presentence

20  investigation report.  You'll be meeting with her either later

21  today or some other time.

22         Ms. Sanger, I suspect, unless you were going to do this

23  today, you might want to plan another day because it's going to

24  be awhile before we're finished.  And I don't think it's going

25  to go quickly.

1           MS. SANGER:  Yes, Your Honor.

2           THE COURT:  I think you'll have to plan another day.

3       (Interruption.)

4           MR. MARONICK:  Court's indulgence.

5           THE COURT:  And she'll prepare a presentence

6   investigation report.  She'll give a copy to Mr. Riley, she'll

7   give a copy to Mr. Maronick, he'll go over it with you.  Either

8   side will note objections to it.  Then she either will or will

9   not make any corrections, then it comes to me.  I'm the last

10  one of all of you to see that.

11      Do you understand that?

12          THE DEFENDANT:  Yes, Your Honor.

13          THE COURT:  And so do you understand that any sentence

14  imposed could be different from what the estimate Mr. Maronick

15  might have given you.

16      Do you understand that?

17          THE DEFENDANT:  Yes, Your Honor.

18          THE COURT:  He cannot predict what I'm going to do,

19  Mr. Qureshi, do you understand that?

20          THE DEFENDANT:  Yes, Your Honor.

21          THE COURT:  Do you understand that after the guideline

22  range has been determined, because the guidelines are advisory,

23  I have the authority to depart from the guidelines and impose a

24  sentence that's either more severe or less severe than called

25  for by the guidelines.

1    Do you understand that?

2        THE DEFENDANT:  Yes, Your Honor.

3        THE COURT:  With respect to parole, there is no parole

4  in the federal system as there is in the state system.  If you

5  receive a two-year prison sentence, it's two years.  You can

6  get good time credit, but you don't just serve one-third of

7  your time and then you're released, as might be the case in the

8  state system.

9      There is no parole in the federal system, do you

10  understand that?

11        THE DEFENDANT:  Yes, Your Honor.

12        THE COURT:  With respect to the rights of appeal, it's

13  very important you understand this.  Paragraph 10 of the plea

14  agreement letter notes that both you and the Government waive

15  appeal of any lawful sentence.  That means if I stay within the

16  parameters of the statute, the Government cannot appeal a

17  sentence if the Government thinks I've been too lenient and

18  have not been harsh enough.  But you cannot appeal a sentence

19  if you think I was not fair to you, that I gave you too long a

20  sentence.  You waive appeal, both sides are waiving appeal of

21  the sentence here.

22      Do you understand that?

23        THE DEFENDANT:  Yes.

24        THE COURT:  Paragraph 10C notes waiver of any rights

25  under what is known as the Freedom of Information Act.  That is

1  a law that was passed by the U.S. Congress that provides that

2  American citizens can seek information from certain Government

3  agencies.  You've had access to discovery in this case through

4  your attorney, but now that you're pleading guilty, you have no

5  further right to seek information from the Department of

6  Justice with respect to the investigation in this case.

7      Do you understand that?

8          THE DEFENDANT:  Yes, Your Honor.

9          THE COURT:  Now, Mr. Qureshi, we're going to go to

10  Paragraph 4 of the plea agreement letter.  It has to do with

11  your waiver of rights.  Specifically, I want to go over waiver

12  of a jury trial here.

13      Do you understand how a jury trial works in the United

14  States?

15          THE DEFENDANT:  Yes, Your Honor.

16          THE COURT:  Okay.  People from the community are

17  picked to sit in a jury.

18      Do you understand that?

19          THE DEFENDANT:  Yes, Your Honor.

20          THE COURT:  There would be a jury trial and the trial

21  would be in front of a jury.  Has anybody explained to you what

22  a jury trial is about?

23          THE DEFENDANT:  Yeah.

24          THE COURT:  Have your lawyers explained to you what a

25  jury trial is about?

1        THE DEFENDANT:  Yes.

2        THE COURT:  Do you understand what a jury trial is

3 about?

4        THE DEFENDANT:  Yes, Your Honor.

5        THE COURT:  All right.  You pick people from the

6 community, and they sit and ultimately make a decision on guilt

7 or innocence.

8    Do you understand that?

9        THE DEFENDANT:  Yes, Your Honor.

10        THE COURT:  And you have a right to continue to plead

11 not guilty to any of these charges, and you have a right to

12 continue to request a trial by jury for which 12 people would

13 be selected as jurors.

14    Do you understand that?

15        THE DEFENDANT:  Yes, Your Honor.

16        THE COURT:  And do you understand you would have a

17 right to participate with your lawyers in the selection of a

18 jury in this case?

19        THE DEFENDANT:  Yes, Your Honor.

20        THE COURT:  You're going to have to keep your voice

21 up, please, sir.

22        THE DEFENDANT:  Yes, Your Honor.

23        THE COURT:  Do you understand at a trial you would be

24 presumed to be innocent and the Government would have to prove

25 your guilt beyond a reasonable doubt?

1          THE DEFENDANT:  Yes, Your Honor.

2          THE COURT:  Do you understand there would have to be a

3    unanimous verdict of all 12 jurors before you could be

4    convicted in this case?

5          THE DEFENDANT:  Yes, Your Honor.

6          THE COURT:  If there were 11 jurors that found you

7    were guilty and one that found you were not guilty we would

8    have to have in other trial.  You would not be found guilty or

9    convicted.

10        Do you understand that?

11         THE DEFENDANT:  Yes, Your Honor.

12         THE COURT:  You have the right to the assistance of

13   your counsel for defense and the right to see and hear all

14   witnesses and to cross-examine all witnesses.

15        Do you understand that?

16         THE DEFENDANT:  Yes, Your Honor.

17         THE COURT:  Do you understand on your own part you

18   would have a right to decline to testify under the Fifth

19   Amendment to our Constitution, unless you voluntarily elected

20   to testify in your own defense.

21        Do you understand that?

22         THE DEFENDANT:  Yes, Your Honor.

23         THE COURT:  If you did testify, you could be subject

24   to impeachment on cross-examination, and could be questioned by

25   Government counsel.

1    Do you understand that?

2         THE DEFENDANT:  Yes, Your Honor.

3         THE COURT:  However, if you decided to go to trial and

4    not testify, do you understand that those facts could not be

5    used against you?

6         THE DEFENDANT:  Yes, Your Honor.

7         THE COURT:  I would tell the jury they should not be

8    considered in any way.  I would tell the jury the burden is

9    always upon the Government to prove guilt beyond a reasonable

10   doubt.  That burden never shifts to a criminal defendant to

11   prove his innocence.

12       Do you understand your rights in that regard?

13        THE DEFENDANT:  Yes.

14        THE COURT:  Do you understand that you would have the

15   right to compel the attendance of witnesses to testify in your

16   defense?

17        THE DEFENDANT:  Yes, Your Honor.

18        THE COURT:  What that means is that if any witnesses

19   whom you wanted to call, you could give their names to

20   Mr. Maronick, and he would give those names to the Clerk of the

21   Court, the Clerk of the Court would issue subpoenas, and those

22   subpoenas would be returned to him, and he would be responsible

23   for seeing that those subpoenas were served on witnesses.  And

24   just as the Government can require people to come into the

25   courtroom so can you.

1          Do you understand that?

2               THE DEFENDANT:  Yes, Your Honor.

3               THE COURT:  And if there was a trial in this case and

4  if a jury found you guilty, you could appeal both the verdict

5  of guilty as well as the sentence.

6          Do you understand that?

7               THE DEFENDANT:  Yes, Your Honor.

8               THE COURT:  And do you further understand that by

9  entering this plea of guilty, you will have waived your right

10  to all the rights I just described for you and have given up

11  all those other rights as well.

12          Do you understand that?

13               THE DEFENDANT:  Yes, Your Honor.

14               THE COURT:  Now, as to the elements of wire fraud

15  conspiracy, they are contained very explicitly in Paragraph 2

16  of the plea agreement letter, and as to this I'm going to go

17  over it with you very carefully.

18          With respect to the criminal information that I read

19  verbatim to you earlier in these proceedings about an hour ago,

20  it notes that on or about March 14, 2021, certain matters were

21  submitted to the Government for the PPP program in the face of

22  the pandemic under the CARES Act.  And the elements of the

23  offense of wire fraud conspiracy are set forth in Paragraph 2.

24  And, specifically, at or about the time charged in the

25  indictment that two or more persons in some way or manner

1  agreed to accomplish a common and unlawful plan to commit the

2  crime of wire fraud as charged in the criminal information; and

3  that you knew of the unlawful purpose and willfully joined it;

4  and that you knowingly devised a scheme to defraud and obtain

5  money by false pretenses in terms of misrepresentations as to

6  employees, misrepresentations as to Government documents.  And

7  the fourth element is that you acted with intent to defraud.

8       Do you understand the basic elements of the charge here,

9  sir?

10         THE DEFENDANT:  Yes, Your Honor.

11         THE COURT:  And you understand that by advancing

12  further into carrying out this scheme it was transmitted by

13  means of wire, radio, or television communication in interstate

14  commerce, or caused the transmission of a writing or sign of

15  some sort in a wire communication.

16       Do you understand those basic elements?

17         THE DEFENDANT:  Yes.

18         THE COURT:  It means that documents were sent by wire

19  transfers and that those documents were fraudulent and there

20  were lies on those forms and that you received money as a

21  result of those lies on those forms.

22         THE DEFENDANT:  Yes.

23         THE COURT:  Do you understand that basic -- those

24  basic elements?

25         THE DEFENDANT:  Yes.

1          **THE COURT:**  With that, you may be seated for a moment

2   and I'll call upon Assistant United States Attorney Paul Riley

3   to summarize and make a representation considering the facts

4   the Government would be prepared to prove at trial so as to

5   establish an independent factual basis for this Court's

6   acceptance of a guilty plea.

7          And I would note that attachment A to the plea agreement

8   letter provides an independent factual basis for this Court's

9   acceptance of a guilty plea.  And I think it's very important,

10  Mr. Riley, that you read the entirety of attachment A, and as

11  quickly as I speak I know sometimes you can speak quickly as

12  well, in fairness to Ms. Thomas, we'll have to go through and

13  read this.

14         Now, Mr. Qureshi, to make sure I'm comfortable, I want you

15  to remain standing.  I want your counsel to give you a copy of

16  the document being read from.

17         **THE DEFENDANT:**  Yes, Your Honor.

18         **THE COURT:**  Mr. Maronick, hand him the document, the

19  plea agreement.  Please turn it to attachment A.

20         **MR. MARONICK:**  Yes, Your Honor.

21         **THE COURT:**  Do you have reading glasses there,

22  Mr. Qureshi?

23         **MR. MARONICK:**  He does, Your Honor.

24         **THE COURT:**  All right.  Take your time and getting

25  your reading glass.

1     All right.  Your reading glasses are on.  You see the

2 portion there that says attachment A, Stipulation Of Facts?

3          THE DEFENDANT:  Yes.

4          THE COURT:  The Government lawyer, the prosecutor, is

5 going to read from that document, okay?

6          THE DEFENDANT:  Yes.

7          THE COURT:  I presume that that document was read to

8 you by your lawyers, but in the abundance of caution, it is

9 going to be read here in open court, and you are to listen very

10 carefully, Mr. Qureshi.

11     And you have represented to me that you not only speak

12 English you read English; is that correct?

13          THE DEFENDANT:  Yes, Your Honor.

14          THE COURT:  So there should not be any confusion.

15 He's going to read from this document, and you're going to read

16 every word along with him, not out loud, but read it along with

17 him.

18     Do you understand that?

19          THE DEFENDANT:  Yes.

20          THE COURT:  All right.  Mr. Riley, you may proceed.

21          MR. RILEY:  Yes, Your Honor.

22     "Defendant Ayaz Qureshi, born June 1969, is a resident of

23 Severna Park, Maryland.  Beginning in March 2021 and continuing

24 through December 2021 in the District of Maryland, the

25 Defendant and his coconspirator, A.S., conspired together and

engaged in a scheme to defraud a financial institution, Bank 1,
to obtain a fraudulent loan for Yazee, Inc., Qureshi's
purported business under the Paycheck Protection Program, PPP,
part of the Coronavirus Aid, Relief, and Economic Security, or
CARES Act, enacted in or around March 2020.  Ultimately,
Qureshi fraudulently obtained $250,723 as part of this scheme.
His offense is described in more detail below."

"On March 14, 2021, A.S., with the assistance of Qureshi,
submitted a fraudulent PPP loan application to Bank 1 for
Yazee, Inc., a purported business for which Qureshi was the
president.  Yazee, Inc. had no employees at the time and was
not operating in any legitimate capacity."

"The PPP loan application contained multiple material
misrepresentations, including that Yazee, Inc. had 16 employees
and that an average monthly payroll of $100,289.  In support of
the loan application, a fabricated IRS Form 940, Employer's
Annual Federal Employment Tax Return, was submitted which
falsely indicated that Yazee, Inc.'s total payments to all
employees in 2019 was $1,203,471.52.  The IRS Form 940 was not
legitimate and the information within it was false.  Yazee,
Inc. did not pay any wages to or withhold federal income tax
from any employees during the 2019 tax year."

"Additionally, Qureshi gave A.S. documents to be submitted
with the PPP loan application, including photographs of his
driver's license and a voided check and a bank statement from

1  Wells Fargo bank account in the name of Yazee, Inc. and

2  controlled by Qureshi."

3      "Based on the false representations and fraudulent

4  submissions made on behalf of Qureshi as the owner of Yazee,

5  Inc., on March 22, 2021, the PPP loan funded and approximately

6  $250,723 was distributed by Bank 1 to the Wells Fargo account

7  referenced above."

8      "Qureshi agreed to pay A.S. a kickback for his work in

9  submitting the false application and obtaining the fraudulent

10  loan.  After the PPP loan was funded, the loan funds were

11  received by Qureshi.  He provided A.S. with eight checks

12  totaling $75,000 or approximately 30 percent of the PPP loan.

13  On each of those checks, Qureshi wrote the amount, but left the

14  payee name blank.  A.S. and others ultimately wrote a payee

15  name on each of those checks, deposited the checks, and $75,000

16  directly traceable to fraudulent PPP loan funds was ultimately

17  drawn on the Wells Fargo account in the name of Yazee, Inc. and

18  controlled by Qureshi."

19      "Proceeds from a PPP loan are required to be used only for

20  certain permissible business expenses, including payroll costs,

21  mortgage interest, rent, and utilities.  Qureshi and A.S. were

22  aware that under the applicable PPP rules, interest and

23  principal on a legitimate PPP loan were eligible for

24  forgiveness, if the business spent the loan proceeds on

25  permissible items within a designated period of time and used a

1  certain portion of the loan toward payroll expenses."

2       "Accordingly, in an attempt to make it appear that the PPP

3  loan funds were being used for legitimate purposes, on June 22,

4  2021, Qureshi, at the suggestion of A.S., signed an agreement

5  with Payroll Processor 1 to provide payroll services to

6  purported employees of Yazee, Inc.  Pursuant to the agreement,

7  and at the direction of Qureshi, Payroll Processor 1 withdrew

8  funds from the Wells Fargo account referenced above and made

9  payments using the PPP funds to purported employees of Yazee,

10  Inc., including Qureshi, his wife, and his other associates."

11       "In total, $144,647.21 in sham payroll payments were made

12  using funds traceable to the PPP loan obtained by Qureshi and

13  his purported business.  None of the purported employees were,

14  in fact, legitimately employed by Yazee, Inc.  In connection

15  with the scheme, Qureshi engaged in email correspondence with

16  Payroll Processor 1 concerning purported employees to be added

17  and removed from the payroll and spoke with employees of

18  Payroll Processor 1 on the phone as well."

19       "Qureshi made no payments to Bank 1 in connection with the

20  PPP loan obtained for Yazee, Inc., and the loan was ultimately

21  forgiven."

22       "Qureshi and A.S. executed the fraud scheme discussed

23  herein, in part, through the use of mobile phones, the

24  internet, multiple email accounts, and bank deposits and

25  transfers, all of which used interstate wires, and Qureshi was

```
 1   in Maryland when he transmitted wires to execute his scheme."

 2           THE COURT:  Thank you very much, Mr. Riley.

 3       Are there any additions or modifications to that statement

 4   of facts, Mr. Maronick?

 5           MR. MARONICK:  There are none, Your Honor.

 6           THE COURT:  Mr. Qureshi, is that an accurate summary

 7   of the facts in this case?

 8           THE DEFENDANT:  Yes, Your Honor.

 9           THE COURT:  Did you, in fact, commit the crime as

10   summarized by Mr. Riley on behalf of the Government?

11           THE DEFENDANT:  Yes, Your Honor.

12           THE COURT:  Do you still wish to plead guilty, sir?

13           THE DEFENDANT:  Yes, Your Honor.

14           THE COURT:  Specifically then, Mr. Qureshi, how do you

15   plead to the one-count criminal information filed against you,

16   guilty or not guilty?

17           THE DEFENDANT:  Guilty.

18           THE COURT:  Mr. Maronick, is there any reason you know

19   of why this Court should not accept this guilty plea?

20           MR. MARONICK:  There is not, Your Honor.

21           THE COURT:  It is the finding of this Court in the

22   case of United States v. Ayaz Qureshi that the Defendant is

23   fully competent and capable of entering an informed plea.  I

24   also find he's fully competent and capable of understanding

25   English, and also find specifically he can understand English
```

1    and understand reading English.  The Court further finds that

2    the Defendant is aware of the nature of the charges and the

3    relevant consequences of his plea of guilty and great pain has

4    been taken to make sure he understands he's accused of fraud.

5    He's accused of fraud in connection with the PPP program and

6    CARES Act in the face of the pandemic.  That's not very

7    confusing.

8         I'm satisfied the Defendant has no confusion about what

9    he's pleading guilty to.  And he's acknowledged his guilt of

10   that fraud here today.

11        And, furthermore, the Court finds that his plea of guilty

12   on advice of competent counsel with whose services he is

13   satisfied is a knowing and voluntary plea supported by

14   independent bases and facts sustaining each of the essential

15   elements of the offense charged.  The plea is to be accepted

16   and the Defendant is now adjudged guilty of the offense as set

17   forth in the one-count criminal information, guilty of wire

18   fraud conspiracy in violation of 18 United States Code § 1349

19   and 1343.

20        Mr. Qureshi, a written presentence investigation report is

21   going to be prepared by Ms. Danielle Sanger, who is here in

22   court here today.  And you'll be asked to provide information

23   for that report to assist her, and your attorney will be with

24   you at all times when you meet with her.  And I will strongly

25   recommend that this will not be done by Zoom and this will not

1    be done over the telephone.

2        Ms. Sanger, understand on that?

3            **MS. SANGER:**  Yes.

4            **THE COURT:**  That will be an in-person interview of

5    this Defendant.

6            **MS. SANGER:**  Yes, Your Honor.

7            **THE COURT:**  All right.  After she prepares the report,

8    I'll permit both you and your attorney to read the presentence

9    investigation report and to file any objections to it before

10   the sentencing hearing.  And you and your attorney will be

11   afforded the opportunity to speak on your behalf at the

12   sentencing hearing.  So I will refer you to Ms. Sanger for the

13   preparation of a presentence investigation and report.

14       Your date of sentencing is going to be scheduled for

15   Thursday, February 2, 2023.

16       And I believe the Clerk of the Court has a draft of a

17   regular sentencing order here.  Thank you very much, Ms. Davis.

18       This sentencing order -- Ms. Sanger's initial report will

19   be prepared by November the 23rd.  On or before December the

20   7th, if either side has any objections you will notify

21   Ms. Sanger.  She either will or will not make changes to that

22   report.

23       And then ultimately, by December the 19th, she'll file it

24   with the Court.

25       If counsel desire to call any witnesses at this hearing,

1 you should notify the opposing side, either side should notify

2 the opposing side or Court by January the 19th with respect to

3 those witnesses.

4 　　Sentencing memoranda are not required but, if submitted,

5 should be by that day.  And, quite frankly, in light of the

6 difficulties we had here today -- I usually waive that, but in

7 this one I'm not.  Any sentencing memorandum must be submitted

8 by the Government or by the Defendant, by that date, by January

9 the 19th.

10 　　And, Mr. Maronick, you can make a specific note of that.

11 　　And also, any sentencing memorandum that is submitted, I

12 want it signed by Mr. Qureshi as well, Mr. Maronick, and a

13 representation that he's read it and he understands what is

14 being submitted on his behalf.

15 　　And I'll sign this sentencing order here today to that

16 effect and the sentencing will be Tuesday, February 2nd at

17 11:00 a.m.

18 　　All right.  Now we have to get the matter of conditions of

19 release.  The regular sentencing order has been signed.

20 　　We now have to address conditions of release here.  I have

21 not seen these yet at all.  I have no idea what has been

22 discussed with the Defendant or what's been agreed upon so

23 we'll just go step by step on this.

24 　　　　**MR. MARONICK:**  May we sit for this, Your Honor, or --

25 　　　　**THE COURT:**  No, I want him to remain standing so I'm

1   satisfied he understands what's being said.

2          **MR. MARONICK:**  Yes, Your Honor.  Of course.

3          **THE COURT:**  Pursuant to 18 United States Code § 1341

4   through 1348 and Federal Rule 46 of the Federal Rules of

5   Criminal Procedure, I have to determine if there are conditions

6   that can satisfy the Court that the Defendant doesn't run the

7   risk of flight or threat to the community.

8       Counsel, it can be helpful to me -- Mr. Maronick, did you

9   sit with him when he was interviewed by Ms. Sanger?

10         **MR. MARONICK:**  It was done telephonically, Your

11  Honor --

12         **THE COURT:**  Well, if it was done telephonically then

13  I've got to go over the whole thing with him.  Okay.  Let's go

14  step by step.

15      This is an order setting conditions of release,

16  Mr. Qureshi.

17      First step is does the Government have any reason to

18  believe that this Defendant represents a risk of flight or

19  threat to the community?

20         **MR. RILEY:**  No, Your Honor.  I will say the conditions

21  proposed by pretrial services, all of the conditions are

22  accepting to the Government.

23         **THE COURT:**  All right.  Okay.  Well thank you.

24         **MR. RILEY:**  The surrendering of the passport

25  eliminates any flight risk.

1          THE COURT:  You're not going to be ordered to be held
2    by any law enforcement authorities today, Mr. Qureshi.  But I
3    have to make sure you understand it because if you violate any
4    of it you can have an arrest warrant issued for you.
5          MR. MARONICK:  Your Honor, if I may join, the defense,
6    we also would ask to follow the recommendations by pretrial.  I
7    have read through those.  It does not --
8          THE COURT:  I have to make sure he understands it.
9          MR. MARONICK:  I understand, Your Honor.
10          THE COURT:  I have to go through this with him.
11          MR. MARONICK:  I understand.
12          THE COURT:  This document means that you promise to
13    appear in court as required and surrender to serve any sentence
14    imposed.
15       Do you understand that --
16          THE DEFENDANT:  Yes, Your Honor.
17          THE COURT:  -- Mr. Qureshi?
18          THE DEFENDANT:  -- yes, Your Honor.
19          THE COURT:  If you violate that, that would be a
20    separate violation, totally apart from the charge here.
21       Do you understand that?
22          THE DEFENDANT:  Yes, Your Honor.
23          THE COURT:  You must not change any address.
24    Essentially, you must not change any address without the
25    approval of pretrial services and provide pretrial services

1    appropriate notice.  You must report on a regular basis to the

2    supervising officer.  You must surrender any passport to the

3    Clerk's Office by close of business.

4        Has he surrendered his passport yet?

5            **MR. MARONICK:**  He has not.

6            **THE COURT:**  Does he have a passport?

7            **MR. MARONICK:**  He does have it at his residence.

8            **THE COURT:**  That has to be submitted by noon on

9    Monday.  By noon on Monday it has to be surrendered to the

10   court.

11           **THE DEFENDANT:**  Yes.

12           **MR. MARONICK:**  If Your Honor would like my assistance

13   with that --

14           **THE COURT:**  I don't care, but I want it -- somebody in

15   hand is going to hand it to the Clerk's Office by noon on

16   Monday.

17           **MR. MARONICK:**  Yes, Your Honor.

18           **THE COURT:**  And you're not to obtain any new passport.

19       You are to avoid all contact indirectly or otherwise with

20   any persons who may become a victim or potential witness in

21   this investigation.

22       You are to undergo any medical or psychiatric examination

23   as required by pretrial services.

24       You are not to open up any bank accounts or lines of

25   credit while on pretrial services supervision, and you are to

1  refrain from possessing any personal identifying information

2  other than your own, and comply with all local and federal

3  health directives as they relate to the COVID-19.

4       Do you understand that?

5            THE DEFENDANT:  Yes, Your Honor.

6            THE COURT:  As I've indicated, violating any of these

7  conditions may result in the immediate issuance of a warrant

8  for your arrest.

9       Mr. Maronick, if you'll approach the bench and we'll have

10  him go over this and sign it.

11      Yes, Ms. Sanger?

12            MS. SANGER:  Your Honor, the only additional request

13  that we would have for condition for release would be to add if

14  Your Honor and the Court determines him to be a third-party

15  risk that we would request that he notify any potential or

16  current employer of this case.

17      We know that his current business is part of the alleged

18  instant offense --

19            THE COURT:  Yes.

20            MS. SANGER:  -- that's why we would add that condition

21  if Your Honor agrees.

22            THE COURT:  Where is the box where that's to be

23  checked?

24            MS. SANGER:  Your Honor, it's one that you would have

25  to write in.

1          THE COURT:  All right.

2          MR. MARONICK:  We have no objection, Your Honor.

3          THE COURT:  How do you want this worded, Ms. Sanger?

4          MS. SANGER:  Your Honor, specifically would be to

5    notify current or potential employers of the pendency of the

6    alleged instant offense and allow pretrial services to verify

7    the notification.  I believe it's in my report, Your Honor.

8          THE COURT:  That's the very last page at the bottom of

9    the line here?

10          MS. SANGER:  Yes, Your Honor.

11          THE COURT:  Again, word that slowly for me.  This is a

12    rather unique -- at now an hour-and-a-half-long guilty plea,

13    which is without question the longest guilty plea I've had in

14    20 years on the bench.  I know without question this has taken

15    longer than ever.  Just seal off the afternoon.  And I'm going

16    to ask you to speak more slowly and people are usually asking

17    me to speak more slowly.  Since I'm going to have to take

18    dictation from you, could you read carefully what you just said

19    to me.

20          MS. SANGER:  Your Honor, would you like me to

21    approach, I have it written also.  It might make it easier.

22          THE COURT:  No, I'd like for you to read it out for

23    me, and I'll writ it in my own handwriting.

24          MS. SANGER:  Yes, Your Honor.

25          THE COURT:  It could have been written down here but

```
 1    it was not and because it's not written down them I'm going to
 2    have to do it in my hand myself.  Go right ahead.
 3              MS. SANGER:  Okay.  Notify current or potential
 4    employers --
 5              THE COURT:  Hold on one second.
 6         Go ahead.
 7              MS. SANGER:  -- of the pendency of the instant
 8    offense.
 9              THE COURT:  Of the pendency of the instant offense.
10              MS. SANGER:  And allow pretrial services to verify
11    notification.
12              THE COURT:  And allow pretrial services to verify the
13    notification.
14              MS. SANGER:  Thank you, Your Honor, for adding that.
15    I apologize.  It was an oversight on my part.
16              THE COURT:  That's quite all right, Ms. Sanger.  Don't
17    worry about it.  It's been one of those afternoons.
18         Mr. Maronick, if you'll approach the bench and have your
19    client sign this.  And I'm not going to have him just sign it,
20    I want him to read through it, okay.  I want you to take time
21    to have him read through it, and I want him then after he's
22    read through it to sign.  I don't want him just to take it and
23    sign it.
24              MR. MARONICK:  Yes, Your Honor.
25              THE COURT:  So we're not going to have any suggestion
```

1    that he doesn't understand something.

2         **MR. MARONICK:**  Yes, Your Honor.

3         (Counsel conferring with client.)

4         **MR. MARONICK:**  Your Honor, I've read through the

5    entire agreement with him.  He indicates to me he understands.

6    He's prepared to sign with the Court's permission.

7         **THE COURT:**  Thank you, Mr. Maronick.

8         **MR. MARONICK:**  Your Honor, the document has been

9    properly signed.

10        **THE COURT:**  Thank you very much.  Bring it up here to

11   the bench and I'll sign it and we'll get it filed.

12        Thank you, Ms. Davis.  I'll sign this.  And this'll be

13   filed.  I have signed it.  And so it's -- there you go.

14        Is there anything further from the point of view of the

15   Government on this matter, Mr. Riley?

16        **MR. RILEY:**  No, Your Honor.  Thank you.

17        **THE COURT:**  Anything else, Mr. Maronick, from your

18   point of view?

19        **MR. MARONICK:**  No, Your Honor.

20        **THE COURT:**  All right.  That concludes it.

21        And, Ms. Thomas, I'm very sorry for the delay here this

22   afternoon.  And this Court now stands adjourned for the day.

23        **THE CLERK:**  All rise.  This Honorable Court stands

24   adjourned.

25        (Hearing concluded at 4:32 p.m.)

CERTIFICATE OF OFFICIAL REPORTER

I, Ronda J. Thomas, Registered Merit Reporter, Certified Realtime Reporter, in and for the United States District Court for the District of Maryland, do hereby certify, pursuant to 28 U.S.C. § 753, that the foregoing is a true and correct transcript of the stenographically-reported proceedings held in the above-entitled matter and the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 26th day of June 2023.

_____
Ronda J. Thomas, RMR, CRR
Federal Official Reporter

| | | | |
|---|---|---|---|
| **MR. MARONICK: [69]** 3/21 3/25 4/2 4/5 4/9 4/14 4/18 5/16 5/20 5/25 6/2 6/4 7/24 8/6 8/10 8/21 10/20 10/22 11/20 12/24 16/25 17/2 17/10 17/16 18/7 19/4 19/20 20/6 20/13 20/19 22/19 29/5 29/25 31/5 32/10 35/5 35/14 38/1 38/5 39/19 39/21 40/11 40/14 40/20 41/16 41/24 42/8 46/23 51/4 59/20 59/23 64/5 64/20 67/24 68/2 68/10 69/5 69/9 69/11 70/5 70/7 70/12 70/17 72/2 73/24 74/2 74/4 74/8 74/19 **MR. RILEY: [13]** 3/1 3/5 18/5 29/16 29/19 30/8 32/8 32/19 33/9 60/21 68/20 68/24 74/16 **MS. SANGER: [18]** 3/8 3/13 3/17 32/23 51/1 66/3 66/6 71/12 71/20 72/14 72/4 72/10 72/20 72/24 73/3 73/7 73/10 73/14 **THE CLERK: [12]** 20/2 34/21 34/23 34/25 35/3 35/7 35/10 35/12 35/15 35/18 35/21 74/23 **THE COURT: [245]** **THE DEFENDANT: [165]** **$** **$1 [1]** 45/21 **$1 million [1]** 45/21 **$1,203,471.52 [3]** 21/2 25/23 61/19 **$100,289 [2]** 16/2 61/15 **$144,647.21 [2]** 23/20 63/11 **$250,000 [1]** 24/18 **$250,723 [6]** 21/17 21/23 26/6 45/6 61/6 62/6 **$75,000 [3]** 21/22 62/12 62/15 **.** **'04 [1]** 36/25 **'06 [1]** 36/24 | **0** **0330 [1]** 2/4 **1** **1's [1]** 25/7 **10 [3]** 14/12 29/3 52/13 **100 percent [1]** 8/16 **100-dollar [1]** 46/4 **101 [1]** 1/24 **1019 [1]** 22/11 **1099 [1]** 16/11 **10C [1]** 52/24 **11 [5]** 31/20 35/1 40/19 45/4 55/6 **11:00 [1]** 67/17 **11th [2]** 20/2 20/3 **12 [2]** 54/12 55/3 **1341 [1]** 68/3 **1343 [4]** 24/15 32/18 43/15 65/19 **1348 [1]** 68/4 **1349 [3]** 32/18 43/15 65/18 **13th [1]** 5/15 **14 [5]** 1/8 15/12 39/15 57/20 61/8 **15 [3]** 16/9 23/17 45/4 **16 [4]** 16/1 49/2 49/5 61/14 **16th [4]** 40/12 40/13 41/12 41/15 **18 [7]** 21/3 24/5 24/15 32/17 43/15 65/18 68/3 **19 [7]** 12/14 12/20 13/6 18/2 45/9 45/10 71/3 **1969 [2]** 35/1 60/22 **19th [6]** 5/1 12/1 19/24 66/23 67/2 67/9 **2** **20 [3]** 21/12 42/12 72/14 **2000 [3]** 36/13 36/14 36/17 **2005 [2]** 36/24 47/13 **2009 [1]** 25/24 **2013 [1]** 10/10 **2019 [10]** 20/24 20/25 21/1 21/4 21/7 25/1 25/23 25/24 61/19 61/22 **2020 [6]** 12/12 15/23 16/9 21/7 25/24 61/5 **2021 [15]** 15/12 16/3 21/17 23/6 23/16 23/17 23/25 24/1 26/5 57/20 60/23 60/24 61/8 62/5 63/4 | **2022 [3]** 1/8 22/12 39/15 **2023 [3]** 22/12 66/15 75/12 **2024 [1]** 22/12 **2025 [1]** 22/13 **2026 [1]** 22/13 **2027 [1]** 22/13 **2028 [1]** 22/13 **21 [1]** 16/3 **21201 [1]** 1/25 **22 [6]** 21/17 23/1 23/6 26/5 62/5 63/3 **22-0330-RDB [1]** 1/5 **23 [1]** 5/8 **23rd [1]** 66/19 **2483 [1]** 13/23 **26th [1]** 71/2 **27 [1]** 10/10 **28 [1]** 75/6 **29 [1]** 15/23 **2:55 [2]** 1/8 2/1 **2nd [2]** 48/17 67/16 **3** **30 [1]** 45/20 **30 percent [4]** 21/21 21/23 26/10 62/12 **4** **46 [1]** 68/4 **48 [1]** 37/22 **4:32 [1]** 74/25 **4th [1]** 1/24 **5** **50 [1]** 14/9 **53 [1]** 35/2 **5F [1]** 29/6 **6** **63 [1]** 24/5 **7** **75,000-dollar [2]** 26/9 26/15 **753 [1]** 75/7 **7th [1]** 66/20 **9** **940 [11]** 20/23 21/1 25/1 25/5 25/7 25/10 25/18 25/22 25/24 61/16 61/19 **9954 [11]** 10/17 15/22 15/24 21/18 22/8 23/5 23/11 23/18 23/22 26/7 27/6 **A** **a.m [1]** 67/17 | **A.S [30]** 11/3 15/13 15/20 17/3 17/5 21/14 21/19 22/6 22/7 22/9 22/25 23/2 24/3 24/23 25/4 26/9 26/22 27/3 27/5 27/10 27/22 60/25 61/8 61/23 62/8 62/11 62/14 62/21 63/4 63/22 **A.S.'s [1]** 26/11 **ability [1]** 7/22 **able [1]** 50/15 **about [27]** 10/10 13/3 14/20 15/12 16/3 17/13 18/4 19/8 19/10 21/16 23/6 23/16 23/17 25/13 26/5 26/17 27/24 33/3 49/23 53/22 53/25 54/3 57/19 57/20 57/24 65/8 73/17 **above [7]** 1/10 23/1 26/24 28/11 62/7 63/8 75/9 **above-entitled [2]** 1/10 75/9 **absolutely [2]** 18/7 39/23 **abundance [1]** 60/8 **accept [5]** 7/4 18/19 31/25 43/18 64/19 **acceptance [4]** 40/18 49/1 59/6 59/9 **accepted [3]** 22/20 45/17 65/15 **accepting [1]** 68/22 **access [1]** 53/3 **accomplish [1]** 58/1 **accordingly [2]** 2/9 63/2 **account [18]** 10/13 10/16 10/18 15/23 15/24 21/18 22/8 22/11 23/5 23/11 23/18 26/7 27/6 47/17 62/1 62/6 62/17 63/8 **accounts [4]** 23/22 27/5 63/24 70/24 **accurate [2]** 16/17 64/6 **accused [6]** 6/6 13/5 26/15 34/11 65/4 65/5 **ACH [1]** 23/18 **acknowledge [1]** 13/20 **acknowledged [1]** 65/9 **acknowledgement [1]** 18/17 **acknowledgment [1]** 19/13 **act [10]** 12/10 12/11 | **12/15 18/2 28/11 29/12 52/25 57/22 61/5 65/6** **acted [2]** 58/7 **actions [1]** 17/3 **acts [1]** 17/5 **actually [3]** 6/1 6/23 36/7 **add [2]** 71/13 71/20 **added [1]** 63/16 **addiction [1]** 37/5 **adding [1]** 73/14 **addition [2]** 14/1 16/6 **additional [1]** 71/12 **Additionally [1]** 61/23 **additions [1]** 64/3 **address [4]** 24/7 67/20 69/23 69/24 **adjourned [2]** 74/22 74/24 **adjudged [2]** 43/19 65/16 **adjudication [1]** 43/19 **administer [1]** 34/19 **Administration [6]** 11/1 11/10 12/3 12/6 13/23 14/20 **admission [1]** 17/15 **advancing [1]** 58/11 **advice [3]** 6/10 38/25 65/12 **advised [3]** 6/8 31/8 39/13 **advisory [5]** 47/10 47/11 47/15 50/15 51/22 **affect [2]** 49/16 49/16 **affirmative [1]** 13/21 **afforded [1]** 66/11 **after [15]** 6/9 12/9 18/12 21/22 22/6 27/9 27/14 46/13 48/4 50/16 50/17 51/21 62/10 66/7 73/21 **afternoon [8]** 2/2 2/9 3/1 3/21 22/16 33/2 72/15 74/22 **afternoons [1]** 73/17 **again [5]** 3/23 4/23 14/24 29/21 72/11 **against [8]** 6/9 17/7 28/24 31/23 35/13 36/2 56/5 64/15 **age [1]** 34/25 **agencies [1]** 53/3 **agency [1]** 12/4 **agent [1]** 14/14 **ago [2]** 20/3 37/16 37/19 57/19 **agree [1]** 8/25 **agreed [5]** 23/8 24/3 |

## A

**agreed... [3]** 58/1 62/8 67/22
**agreement [31]** 23/7 23/19 39/14 41/5 41/9 41/12 41/17 41/21 41/22 42/1 42/1 42/10 42/11 42/12 42/13 42/18 45/5 45/18 47/8 47/10 49/13 49/13 49/21 52/14 53/10 57/16 59/7 59/19 63/4 63/6 74/5
**agrees [1]** 71/21
**ahead [2]** 73/2 73/6
**Aid [2]** 12/10 61/4
**aided [1]** 1/22
**all [53]** 2/11 2/13 3/18 5/23 8/1 8/2 8/3 9/11 9/13 10/8 13/11 16/16 16/17 19/16 20/13 21/2 22/14 22/19 23/22 25/23 30/1 30/11 32/2 33/15 37/7 40/3 46/21 46/25 48/14 51/10 54/5 55/3 55/13 55/14 57/10 57/11 59/24 60/1 60/20 61/18 63/25 65/24 66/7 67/18 67/21 68/21 68/23 70/19 71/2 72/1 73/16 74/20 74/23
**allegations [2]** 28/3 28/4
**alleged [4]** 23/6 25/15 71/17 72/6
**allegedly [1]** 28/18 45/16
**allow [3]** 72/6 73/10 73/12
**almost [2]** 29/3 33/7
**along [5]** 18/9 22/3 50/10 60/16 60/16
**already [6]** 22/5 32/5 35/23 41/1 44/1 44/1
**also [11]** 1/18 3/13 3/25 36/21 41/13 45/3 64/24 64/25 67/11 69/6 72/21
**always [3]** 4/10 4/12 56/9
**am [10]** 2/18 2/19 3/25 4/1 4/9 4/16 17/20 29/25 41/24 46/23
**Amendment [1]** 55/19
**AMERICA [1]** 1/3
**American [10]** 8/5 8/6 8/8 8/13 8/13 9/14 36/22 44/2 44/4 53/2
**Americans [1]** 12/13
**ammunition [1]** 43/25

## A

**amount [12]** 14/4 14/21 20/24 21/21 21/22 22/17 24/18 26/10 26/24 27/1 48/25 62/13
**amounts [3]** 16/21 22/14 22/20
**angry [1]** 33/10
**annual [2]** 20/23 61/17
**another [11]** 15/13 26/16 36/3 44/16 44/17 44/22 44/23 44/24 48/2 50/23 51/2
**answer [6]** 6/19 6/21 36/1
**answered [2]** 8/1 8/1
**answers [2]** 7/11 36/2
**anticipate [1]** 43/3
**anticipated [1]** 49/1
**any [65]** 19/13 21/4 21/6 21/6 22/15 24/4 25/13 25/24 26/1 26/17 28/7 28/10 28/11 29/14 31/10 31/15 31/18 31/18 32/4 36/1 36/16 37/4 37/5 37/8 37/21 40/3 43/7 46/13 47/14 49/17 50/19 51/9 51/13 52/15 52/24 54/11 56/8 56/18 60/14 61/12 61/21 61/22 64/3 64/18 66/9 66/20 66/25 67/7 67/11 68/17 68/25 69/2 69/3 69/13 69/23 69/24 70/2 70/18 70/20 70/22 70/24 71/1 71/6 71/15 73/25
**anybody [2]** 32/21 53/21
**anyone [1]** 43/7
**anything [10]** 13/9 15/2 18/15 32/6 32/9 33/16 39/2 39/7 74/14 74/17
**anywhere [1]** 42/14
**apart [2]** 34/6 69/20
**apologize [5]** 3/7 5/22 33/19 33/20 73/15
**apparently [2]** 2/9 44/4
**appeal [8]** 38/21 52/12 52/15 52/16 52/18 52/20 52/20 57/4
**appeals [1]** 47/19
**appear [2]** 63/2 69/13
**appearance [9]** 29/7 30/3 30/6 30/15 30/17 32/3 32/4 32/7 32/14
**applicable [2]** 15/6 62/22

## A

**application [31]** 13/14 13/19 13/23 14/1 14/14 14/15 14/16 14/19 15/14 15/20 15/21 15/25 16/3 16/6 16/15 20/20 21/19 22/4 22/9 24/21 24/25 25/6 25/10 25/20 26/12 27/25 61/9 61/13 61/16 61/24 62/9
**apply [4]** 45/23 47/7 47/10 47/16
**appreciate [1]** 34/17
**approach [4]** 39/19 71/9 72/21 73/18
**appropriate [3]** 48/21 50/11 70/1
**approval [1]** 69/25
**approved [2]** 10/25 14/16
**approximately [7]** 21/17 21/20 21/23 26/6 26/10 62/5 62/12
**are [66]** 3/15 4/8 4/25 6/3 7/14 10/3 17/5 17/6 17/9 17/21 17/23 22/10 22/10 25/15 26/15 28/3 29/23 31/4 35/12 37/7 37/24 38/2 38/24 40/16 41/11 41/14 41/20 41/25 42/19 43/10 43/11 44/3 44/10 44/11 45/22 45/23 46/20 46/24 47/4 47/7 47/15 47/15 47/23 48/9 49/22 49/22 49/23 50/10 51/22 52/20 53/16 57/15 57/23 60/1 60/9 62/19 64/3 64/5 67/4 68/5 68/21 70/19 70/22 70/24 70/25 72/16
**areas [2]** 2/12 2/14
**Arizona [1]** 31/17
**around [4]** 12/11 23/25 24/1 61/5
**arraignment [3]** 30/5 32/5 32/12
**arrest [2]** 69/4 71/8
**arrived [1]** 36/16
**artifice [1]** 24/6
**as [75]** 3/11 3/19 4/10 7/10 7/10 11/1 11/2 11/22 12/11 12/18 14/1 14/13 16/4 16/11 20/1 20/21 21/12 21/16 22/3 23/13 25/1 25/9 26/4 28/9 28/10 28/11 30/2 30/4 30/10 31/17 31/17 32/4 35/18 35/23 39/16 40/10 40/16 41/2 41/13 42/4 43/4 43/4 44/10

## B

**back [4]** 5/1 36/24

## A

**45/18 47/23 48/14** 49/13 52/4 52/7 52/25 54/13 56/24 57/5 57/5 57/11 57/14 57/16 58/2 58/5 58/6 58/20 59/4 59/10 59/11 59/11 61/6 62/4 63/18 64/9 65/16 67/12 69/13 70/23 71/3 72/16
**ask [6]** 6/19 6/20 17/23 39/10 69/6 72/16
**asked [6]** 8/2 19/10 39/2 39/7 39/11 65/22
**asking [2]** 6/13 72/16
**assessment [1]** 46/5
**assets [4]** 28/5 28/10 28/20 45/6
**assigned [1]** 3/16
**assignment [1]** 31/3
**assist [2]** 27/24 65/23
**assistance [5]** 12/12 27/10 55/12 61/8 70/12
**Assistant [2]** 3/2 59/2
**assisted [1]** 15/13
**assisting [1]** 12/8
**associates [5]** 23/19 23/22 24/20 27/13 63/10
**attach [1]** 28/19
**attached [1]** 41/21
**attachment [6]** 40/15 40/16 59/7 59/10 59/19 60/2
**attempt [3]** 24/6 24/8 63/2
**attempting [1]** 24/10
**attendance [1]** 56/15
**attorney [17]** 3/2 10/7 23/3 24/4 24/24 25/5 27/4 27/23 31/6 38/15 41/6 50/5 53/4 59/2 65/23 66/8 66/10
**attorneys [1]** 49/10
**audible [1]** 11/15
**authorities [1]** 69/2
**authority [1]** 51/23
**authorization [1]** 12/16
**authorized [4]** 13/14 13/20 13/24 23/10
**average [3]** 13/25 16/1 61/15
**avoid [1]** 70/19
**aware [2]** 62/22 65/2
**awhile [2]** 4/11 50/24
**AYAZ [7]** 1/6 2/3 10/9 24/2 34/24 60/22 64/22

## B

**back [4]** 5/1 36/24

## A

**46/17 48/7**
**Baltimore [3]** 1/7 1/25 11/4
**bank [22]** 10/14 10/23 10/25 15/14 15/23 21/18 21/24 24/7 24/8 25/1 25/7 26/6 27/19 27/25 61/1 61/9 61/25 62/1 62/6 63/19 63/24 70/24
**barrier [2]** 6/23 7/1
**based [4]** 21/14 21/14 26/3 62/3
**bases [1]** 65/14
**basic [4]** 58/8 58/16 58/23 58/24
**basically [1]** 48/24
**basis [4]** 25/9 59/5 59/8 70/1
**be [102]**
**bears [1]** 33/15
**because [22]** 17/13 19/23 30/5 30/19 31/19 32/4 33/12 33/13 33/16 37/13 43/11 44/3 44/3 44/5 44/19 44/24 45/17 49/15 50/23 51/22 69/3 73/1
**become [2]** 8/12 70/20
**been [62]** 2/12 2/17 2/21 3/13 4/11 4/13 4/19 6/6 6/8 8/8 9/1 9/16 9/19 11/16 17/21 18/16 19/18 20/4 20/9 22/22 22/23 23/13 25/10 25/19 28/12 28/13 28/14 28/14 29/15 29/24 30/24 31/10 33/7 33/13 33/20 35/4 35/8 35/15 36/7 37/4 38/7 39/13 39/14 39/16 41/2 44/16 47/22 48/15 48/16 48/17 49/9 50/17 51/22 52/17 52/18 65/4 67/19 67/21 67/22 72/25 73/17 74/8
**before [10]** 1/11 2/20 5/13 20/5 30/16 41/6 50/24 55/3 66/9 66/19
**beforehand [2]** 7/25 20/6
**beg [4]** 10/21 26/19 39/5 46/2
**began [1]** 30/13
**Beginning [3]** 23/16 23/25 60/23
**behalf [11]** 1/14 1/16 3/2 3/20 14/14 21/16 26/4 62/4 64/10 66/11 67/14

## B

**behind [1]** 2/18
**being [11]** 2/5 8/24
9/21 20/21 30/4 34/17
49/24 59/16 63/3 67/14
68/1
**believe [12]** 5/9 7/18
9/13 10/22 11/20 17/10
19/6 41/13 42/9 66/16
68/18 72/7
**belonging [1]** 26/7
**below [1]** 61/7
**bench [5]** 33/24 71/9
72/14 73/18 74/11
**benefit [3]** 24/19 24/19
44/13
**benefits [1]** 44/10
**BENNETT [2]** 1/11 3/8
**best [4]** 20/17 33/8
34/2 36/24
**better [1]** 9/5
**between [3]** 14/8
41/22 42/2
**beyond [3]** 28/13
54/25 56/9
**binding [1]** 42/20
**birth [1]** 36/9
**bit [1]** 2/6
**blank [3]** 23/2 27/1
62/14
**Booker [2]** 47/13 48/4
**boosted [6]** 2/17 3/3
3/14 3/25 4/14 4/15
**born [2]** 35/1 60/22
**borrower [1]** 14/20
**borrowers [1]** 25/8
**both [10]** 3/17 3/18
29/17 50/2 50/9 50/18
52/14 52/20 57/4 66/8
**bottom [1]** 72/8
**bound [1]** 47/16
**box [1]** 71/22
**Brady [2]** 29/10 29/15
**branch [1]** 12/3
**Bring [1]** 74/10
**burden [2]** 56/8 56/10
**business [31]** 10/11
10/15 11/1 11/5 11/7
11/9 12/3 12/6 13/13
13/15 13/20 13/23
13/24 14/4 14/13 14/19
14/23 15/1 15/8 20/21
21/7 23/15 23/24 26/12
61/3 61/10 62/20 62/24
63/13 70/3 71/17
**business is [1]** 71/17
**businesses [4]** 12/5
12/8 12/16 14/2

## C

**calculate [1]** 14/3
**calculated [1]** 49/24
**calculation [1]** 48/24
**call [3]** 56/19 59/2
66/25
**called [2]** 10/11 51/24
**calling [1]** 2/2
**CAME [1]** 1/10
**can [27]** 2/21 5/4 7/12
8/14 12/23 17/2 18/9
28/19 31/18 33/3 33/8
34/7 35/6 37/1 42/23
49/3 50/3 52/5 53/2
56/24 56/25 59/11
64/25 67/10 68/6 68/8
69/4
**can't [4]** 17/12 18/24
30/12 32/21
**cannot [9]** 28/11 28/17
37/20 39/24 39/24 40/1
51/18 52/16 52/18
**capable [3]** 22/17
64/23 64/24
**capacity [1]** 61/12
**care [1]** 70/14
**careful [1]** 9/5
**carefully [4]** 39/25
57/17 60/10 72/18
**CARES [6]** 12/11
12/15 18/2 57/22 61/5
65/6
**carrying [1]** 58/12
**case [27]** 2/3 3/16
9/19 18/3 19/6 19/20
30/4 30/4 31/11 38/18
38/22 39/14 43/8 47/12
48/4 48/21 50/4 50/16
52/7 53/3 53/6 54/18
55/4 57/3 64/7 64/22
71/16
**cases [1]** 7/14
**cause [6]** 5/6 5/7 5/9
6/16 7/18 24/12
**caused [2]** 12/13
58/14
**caution [1]** 60/8
**cease [1]** 31/18
**certain [15]** 12/17
14/23 15/1 15/10 15/20
28/4 43/20 44/5 45/4
45/6 46/11 53/2 57/20
62/20 63/1
**CERTIFICATE [1]** 75/1
**certifications [1]**
13/21
**Certified [1]** 75/4
**certify [2]** 16/7 75/6
**chance [4]** 19/7 19/9
19/14 22/15

**change [2]** 69/23
69/24
**changed [1]** 48/17
**changes [1]** 66/21
**Chapter [1]** 24/4
**charge [14]** 5/5 21/8
22/2 25/11 26/13 26/17
30/21 35/4 35/8 35/10
35/13 44/3 58/8 69/20
**charged [11]** 2/5 8/24
15/12 21/1 21/3 21/14
34/6 35/15 57/24 58/2
65/15
**charges [14]** 6/9 9/17
10/6 10/7 17/9 17/21
17/23 17/25 28/23
30/18 31/23 38/14
54/11 65/2
**charging [4]** 9/24 10/1
20/11 32/16
**check [15]** 15/22
22/11 22/11 22/12
22/12 22/12 22/13
22/13 22/13 22/17 23/2
23/4 26/16 27/5 61/25
**checked [1]** 71/23
**checks [13]** 22/7
22/10 22/10 22/20
22/25 23/4 26/23 26/25
27/4 62/11 62/13 62/15
62/15
**choice [1]** 31/6
**circumvent [1]** 25/7
**citizen [8]** 8/5 8/6 8/8
8/13 8/13 9/14 44/2
44/4
**citizens [2]** 5/8 53/2
**citizenship [1]** 36/23
**City [1]** 11/7
**civil [1]** 43/20
**clear [3]** 9/23 30/19
49/9
**clearly [2]** 7/9 19/15
**clerk [7]** 9/6 30/1
32/25 32/25 56/20
56/21 66/16
**clerk's [4]** 39/18 42/6
70/3 70/15
**client [6]** 8/5 17/1
37/25 41/22 73/19 74/3
**client's [2]** 4/16 7/22
**close [1]** 70/3
**cocospirator [1]**
60/25
**Code [6]** 24/5 24/15
32/18 43/15 65/18 68/3
**come [3]** 36/11 48/7
56/24
**comes [3]** 32/24 48/24
51/9

**comfortable [3]** 17/20
18/18 59/14
**coming [1]** 20/5
**comments [1]** 31/18
**commerce [2]** 24/13
58/14
**commingled [1]** 28/14
**commit [3]** 24/4 58/1
64/9
**committed [2]** 5/10
7/18
**committing [1]** 13/5
**common [2]** 36/19
58/1
**communicate [1]**
27/24
**communication [2]**
58/13 58/15
**communications [1]**
24/13
**communities [1]** 12/9
**community [5]** 5/8
53/6 54/6 68/7 68/19
**company [2]** 11/6
13/16
**compel [1]** 56/15
**competent [4]** 37/25
64/23 64/24 65/12
**complete [2]** 41/22
42/1
**completed [1]** 14/13
**completely [1]** 5/21
**compliance [1]** 46/11
**complicated [2]** 7/13
17/24
**comply [1]** 71/2
**Computer [1]** 1/22
**Computer-aided [1]**
1/22
**concern [1]** 6/21
**concerned [1]** 17/8
**concerning [2]** 33/25
63/16
**concerns [1]** 6/14
**concluded [1]** 74/25
**concludes [1]** 74/20
**condition [2]** 71/13
71/20
**conditions [11]** 31/13
46/12 46/16 48/9 67/18
67/20 68/5 68/15 68/20
68/21 71/7
**conference [2]** 33/24
75/10
**conferring [3]** 13/1
17/1 74/3
**confirm [1]** 6/18
**conformance [1]**
75/10
**confused [1]** 8/17

**confusing [1]** 65/7
**confusion [4]** 25/13
26/17 60/14 65/8
**Congress [1]** 53/1
**connection [5]** 13/6
27/19 63/14 63/19 65/5
**consent [2]** 6/11 15/15
**consequences [3]**
46/21 46/25 65/3
**consider [2]** 48/13
48/14
**considered [2]** 47/23
56/8
**considering [1]** 59/3
**consisted [1]** 23/23
**consists [1]** 5/8
**conspiracy [17]** 9/25
24/16 24/23 25/3 25/21
26/2 26/8 26/21 27/2
27/8 27/18 27/21 32/17
43/14 57/15 57/23
65/18
**Conspirator [1]** 11/3
**conspired [3]** 24/3
24/24 60/25
**constitute [1]** 29/14
**constituting [1]** 28/8
**Constitution [1]** 55/19
**constitutional [3]**
47/11 47/14 47/23
**consult [1]** 47/17
**contact [1]** 70/19
**contained [4]** 16/6
20/14 57/15 61/13
**continue [8]** 18/9
18/24 20/16 20/17
20/18 30/12 54/10
54/12
**continuing [4]** 18/12
23/16 23/25 60/23
**contractors [1]** 16/11
**contrary [1]** 22/24
**controlled [3]** 27/5
62/2 62/18
**convicted [5]** 38/21
44/16 44/22 55/4 55/9
**conviction [1]** 44/6
44/12 44/19 44/25
**cooperating [1]** 33/25
**copy [9]** 38/7 38/8
40/9 42/9 42/10 47/8
61/5 51/7 59/15
**Coronavirus [1]** 61/4
**Coronovirus [1]** 12/10
**Corporation [1]** 10/15
**correct [12]** 4/18 6/12
8/10 29/4 30/7 30/22
31/4 31/5 35/19 38/8
60/12 75/7
**corrections [1]** 51/9

## C

correctly [1] 4/16
correspondence [1] 63/15
cost [1] 15/5
costs [1] 62/20
could [four] 9/14 27/16 33/4 36/2 43/2 44/18 44/24 45/11 46/16 49/14 51/14 55/3 55/23 55/24 56/4 56/19 57/4 72/18 72/25
counsel [20] 2/20 2/24 11/23 13/1 17/1 29/15 29/17 29/18 29/20 29/20 29/21 31/2 31/3 55/13 55/25 59/15 65/12 66/25 68/8 74/3
count [9] 2/5 9/22 9/24 32/16 35/16 35/18 38/6 64/15 65/17
country [3] 8/7 8/12 36/9
course [2] 14/18 68/2
court [42] 1/1 2/11 3/22 5/12 6/8 7/9 10/4 10/4 10/19 17/11 19/8 20/5 22/24 28/13 29/8 33/23 39/13 42/13 46/12 47/4 47/5 47/12 48/3 48/4 56/21 56/21 60/9 64/19 64/21 65/1 65/11 65/22 66/16 66/24 67/2 68/6 69/13 70/10 71/14 74/22 74/23 75/5
Court's [8] 5/16 12/24 16/25 40/18 51/4 59/5 59/8 74/6
courthouse [2] 2/12 2/14
courtroom [6] 32/19 32/21 32/22 33/1 44/23 56/25
courtrooms [1] 2/15
courts [1] 47/18
cover [1] 32/7
COVID [5] 12/14 12/20 13/6 18/2 71/3
COVID-19 [5] 12/14 12/20 13/6 18/2 71/3
creation [1] 27/15
credit [3] 48/25 52/6 70/25
crime [6] 5/5 10/1 44/16 44/23 58/2 64/9
criminal [30] 1/5 2/3 2/6 4/25 5/12 7/14 8/25 9/22 9/24 10/3 11/14 11/16 11/21 19/23

## D

dangling [1] 33/4
DANIELLE [3] 1/18 3/8 65/21
data [1] 14/19
date [3] 19/21 66/14 67/8
dated [2] 15/23 75/12
Davis [7] 9/12 9/20 19/25 34/19 35/22 66/17 74/12
day [6] 30/13 50/23 51/2 67/5 74/22 75/12
days [2] 20/3 37/19
debits [1] 23/18
December [5] 23/17 24/1 60/24 66/19 66/23
December 15 [1] 23/17
December 2021 [2] 24/1 60/24
decided [1] 56/3
decision [1] 54/6
decline [1] 55/18
defendant [29] 1/6 1/16 2/5 2/20 3/20 10/9 20/4 22/24 24/2 24/23 29/11 30/5 33/13 33/25 34/20 34/22 35/13 56/10 60/22 60/25 64/22 65/2 65/8 65/16 66/5 67/8 67/22 68/6 68/18
defense [9] 29/15 29/17 29/18 29/20 50/5 55/13 55/20 56/16 69/5
defraud [18] 24/7 24/11 24/15 24/16 24/22 25/4 25/22 26/3 26/9 26/22 27/3 27/9 27/19 27/22 28/9 58/4 58/7 61/1
delay [2] 2/6 74/21

21/25 22/23 29/1 30/14
31/20 32/13 32/16 38/6
49/14 49/15 56/10
57/18 58/2 64/15 65/17
68/5
deletion [1] 47/14
demand [1] 33/12
depart [1] 51/23
Department [1] 53/5
deportation [1] 44/3
Deposit [1] 10/15
deposited [3] 23/4 27/5 62/15
deposits [1] 63/24
depression [4] 37/6 37/10 37/11 37/15
deprive [1] 43/20
derived [1] 28/8
described [2] 57/10 61/7
designated [2] 15/9 62/25
designed [1] 12/12
desire [1] 66/25
desires [1] 43/4
desk [2] 39/18 42/6
detail [1] 61/7
determination [5] 5/5 5/6 6/16 18/23 20/17
determine [4] 30/12 50/10 50/15 68/5
determined [1] 51/22
determines [2] 7/17 71/14
determining [1] 5/9
devised [1] 58/4
dictation [1] 72/18
did [13] 24/11 25/24 36/6 36/11 36/16 36/22 41/1 41/4 41/8 55/23 61/21 64/9 68/8
didn't [4] 13/2 30/19 33/12 33/14
difference [1] 14/8
different [2] 22/14 51/14
difficulties [1] 67/6
diminished [1] 28/14
direction [1] 63/7
directives [1] 71/3
directly [2] 28/8 62/16
disaster [2] 12/19 12/20
disasters [1] 12/9
discovery [2] 29/19 53/3
discretion [1] 2/15
discuss [2] 20/7 41/4
discussed [4] 38/14 38/17 63/22 67/22
dispute [2] 49/22 49/23
distraction [1] 5/18
distributed [4] 21/18 21/24 26/6 62/6

## DISTRICT [7] 1/1 1/1
10/7 24/1 60/24 75/5
75/6
DIVISION [1] 1/2
do [124]
doctor [1] 37/12
document [21] 6/17 8/23 8/24 9/7 9/18 11/25 17/15 17/25 20/1 25/16 33/12 33/12 34/6 42/18 59/16 59/18 60/5 60/7 60/15 69/12 74/8
documentation [3] 14/2 25/8 27/15
documents [9] 15/20 16/16 17/25 20/11 31/10 58/6 58/18 58/19 61/23
does [6] 17/10 59/23 68/17 69/7 70/6 70/7
doesn't [5] 9/15 17/15 18/8 68/6 74/1
doing [6] 10/15 11/7 19/10 22/15 39/4 39/6
dollar [4] 26/9 26/15 27/1 46/4
don't [27] 2/22 4/5 4/23 5/17 6/1 6/14 6/19 7/5 13/10 15/2 17/13 17/18 18/9 18/11 19/13 19/21 29/21 31/10 33/11 33/11 36/8 36/25 50/24 52/6 70/14 73/16 73/22
done [8] 33/14 39/3 39/8 39/10 65/25 66/1 68/10 68/12
dot [1] 33/14
doubt [2] 54/25 56/10
down [9] 2/21 4/22 6/24 7/4 7/11 9/6 37/12 72/25 73/1
draft [1] 66/16
drawn [6] 5/8 22/8 22/11 23/5 27/6 62/17
driver's [2] 15/22 61/25
drugs [2] 37/5 37/8
Due [1] 29/11
during [2] 21/3 61/22

## E

each [18] 16/7 22/16 22/17 23/1 23/3 23/4 23/4 23/12 26/24 26/25 27/4 27/4 27/5 27/24 48/11 62/13 62/15 65/14
earlier [2] 38/10 57/19
easier [1] 72/21

economic [6] 12/8 12/10 12/13 12/19 12/20 61/4
economy [1] 12/7
effect [1] 67/16
effects [1] 12/13
eight [2] 26/23 62/11
either [9] 31/11 41/5 50/20 51/7 51/8 51/24 66/20 66/21 67/1
elected [1] 55/19
electronically [1] 16/4
element [1] 58/7
elements [6] 57/14 57/22 58/8 58/16 58/24 65/15
eligible [4] 13/22 14/4 15/8 62/23
eliminates [1] 68/25
elocution [1] 19/9 19/14
else [2] 3/7 74/17
elsewhere [1] 24/2
email [2] 63/15 63/24
emergency [1] 12/12
employ [1] 31/2
employed [2] 23/15 63/14
employee [2] 21/4 26/1
employees [23] 14/1 14/22 16/1 16/10 20/25 21/2 23/10 23/12 23/13 23/14 23/20 25/23 27/12 58/6 61/11 61/14 61/19 61/22 63/6 63/9 63/13 63/16 63/17
employer [1] 71/14
employer's [2] 20/23 61/16
employers [2] 72/5 73/4
employing [1] 14/8 14/9
Employment [1] 61/17
enacted [2] 12/11 61/5
end [1] 33/4
ending [1] 10/16
enforcement [1] 69/2
engaged [2] 61/1 63/15
English [15] 7/23 8/4 8/9 8/12 9/15 9/17 36/16 36/19 37/1 38/3 60/12 60/12 64/25 64/25 65/1
enough [1] 52/18
enrich [1] 24/17
ensure [1] 29/12
entered [2] 42/18

## E

entered... [1] 45/11
entering [2] 57/9
64/23
entire [6] 11/13 30/21
39/24 40/1 42/18 74/5
entirety [1] 59/10
entitled [4] 1/10 28/15
30/15 75/9
entrepreneurs [1]
12/5
entry [1] 32/4
ESQUIRE [2] 1/15
1/17
essential [1] 65/14
Essentially [1] 69/24
establish [2] 28/1 59/5
established [1] 27/10
establishing [1] 27/14
establishment [1]
12/7
estimate [1] 51/14
even [4] 20/11 30/6
30/13 38/21
eventually [1] 31/12
ever [3] 11/13 11/16
72/15
every [5] 17/12 18/12
33/4 33/23 60/16
everyone [1] 2/2
everything [2] 8/4
39/10
evidence [3] 20/1
38/18 42/19
exact [1] 19/21
exactly [1] 36/25
examination [2] 55/24
70/22
examine [1] 55/14
example [3] 13/22
14/9 44/10
exchange [1] 26/11
exculpatory [1] 29/11
execute [4] 24/6 24/6
24/11 64/1
executed [1] 63/22
executing [1] 24/10
executive [1] 12/3
Exhibit [3] 39/16 41/2
42/5
Exhibit 1 [3] 39/16
41/2 42/5
expansion [1] 12/18
expected [2] 21/20
22/5
expenses [8] 12/17
13/25 14/3 14/23 15/1
15/11 62/20 63/1
explain [2] 22/3 47/3
explained [6] 9/16

35/4 35/8 44/1 53/21
53/24
explicitly [1] 57/15
expose [2] 49/4 49/5
extent [1] 28/17

## F

fabricated [3] 25/5
25/22 61/16
face [8] 13/6 34/7 44/3
44/18 45/3 45/10 57/21
65/6
facilitate [1] 27/15
fact [10] 21/3 23/14
23/14 25/23 29/8 37/21
41/18 43/11 63/14 64/9
factors [1] 47/23
facts [12] 17/14 20/8
20/10 20/12 40/16
48/12 56/4 59/3 60/2
64/4 64/7 65/14
factual [3] 40/17 59/5
59/8
fair [4] 18/3 18/5 18/6
52/19
fairness [1] 59/12
false [17] 21/15 24/9
24/24 24/25 24/25 25/5
25/7 25/10 25/15 25/18
26/3 34/7 36/3 58/5
61/20 62/3 62/9
falsely [1] 36/2 61/18
falsified [2] 20/22 21/1
far [4] 8/18 11/11
33/21 36/6
Fargo [5] 10/14 62/1
62/6 62/17 63/8
fashion [1] 18/25
fault [2] 33/11 33/15
February [6] 10/10
15/23 16/9 48/17 66/15
67/16
February 15 [1] 16/9
February 2 [1] 66/15
February 27 [1] 10/10
February 29 [1] 15/23
February 2nd [2]
48/17 67/16
federal [25] 1/24 5/11
10/4 10/15 12/11 20/23
26/1 30/14 31/20 44/11
44/13 46/17 47/4 47/16
48/5 48/19 49/5 52/4
52/9 61/17 61/21 68/4
68/4 71/2 75/16
federally [1] 10/23
federally-insured [1]
10/23
feel [1] 37/19
feeling [1] 37/13

feels [1] 50/4
felony [3] 43/15 44/6
44/12
Fifth [1] 55/18
figures [2] 14/3 25/9
file [4] 9/20 25/24 66/9
66/23
filed [12] 5/1 5/15 9/1
11/25 19/24 21/16 25/11
25/19 30/2 64/15 74/11
74/13
fill [1] 17/2
filled [1] 27/1
financial [6] 10/14
10/23 11/5 12/12 24/7
61/1
find [2] 64/24 64/25
finding [2] 9/13 64/21
finds [2] 65/1 65/11
fine [3] 3/18 33/1
45/21
finished [1] 50/24
firearm [1] 43/24
first [6] 4/24 5/2 12/24
16/9 40/5 68/17
five [1] 45/21
flight [3] 68/7 68/18
68/25
Floor [1] 1/24
follow [1] 69/6
following [3] 10/6
16/7 22/7
follows [1] 14/13
force [1] 43/8
foregoing [1] 75/7
foreign [1] 24/13
forfeit [1] 28/7
forfeiting [1] 28/4
forfeiture [5] 28/3 28/3
28/16 45/3 45/5
forgivable [1] 12/16
forgiven [2] 27/17
63/21
forgiveness [2] 15/8
62/24
form [15] 6/5 13/23
20/22 21/1 25/1 25/5
25/7 25/10 25/18 25/22
25/24 29/6 31/13 61/16
61/19
format [1] 75/9
forms [4] 16/11 16/16
58/20 58/21
Fort [1] 10/14
forth [5] 39/14 41/22
42/1 57/23 65/17
found [6] 47/11 47/13
55/6 55/7 55/8 57/4
four [2] 37/16 37/19
fourth [1] 58/7

frankly [1] 67/5
fraud [12] 9/25 13/5
32/17 43/14 57/14
57/23 58/2 63/22 65/4
65/5 65/10 65/18
fraudulent [10] 21/15
24/9 24/21 26/3 58/19
61/2 61/9 62/3 62/9
62/16
fraudulently [7] 24/17
25/16 26/16 28/18
45/13 45/16 61/6
fraudulently-obtained
[1] 26/16
Freedom [1] 52/25
freely [1] 43/10
front [6] 19/22 34/10
44/23 47/8 47/9 53/21
fully [9] 2/17 2/21 3/13
4/13 4/19 38/14 38/24
64/23 64/24
fundamental [1] 22/18
funded [8] 14/16
21/17 21/21 21/21 22/6
26/5 62/5 62/10
funding [1] 21/13
funds [10] 16/12 23/23
26/16 28/5 62/10 62/16
63/3 63/8 63/9 63/12
further [21] 15/12
17/19 20/18 21/12 25/3
25/21 26/2 26/8 26/21
27/2 27/8 27/18 27/21
32/6 32/9 32/10 53/5
57/8 58/12 65/1 74/14
furthermore [1] 65/11
future [2] 32/24 44/23

## G

Gall [1] 48/3
gather [1] 29/13
gave [2] 52/19 61/23
general [2] 2/14 48/19
generally [2] 18/5 47/3
get [10] 8/18 17/14
31/12 33/3 33/12 36/6
46/14 52/6 67/18 74/11
getting [2] 2/7 59/24
give [5] 51/6 51/7
56/19 56/20 59/15
given [4] 29/15 38/25
51/15 57/10
giving [1] 48/25
glass [1] 59/25
glasses [2] 59/21 60/1
go [21] 17/19 18/9
22/3 30/11 36/8 39/25
50/25 51/7 53/9 53/11
56/3 57/16 59/12 67/23
68/13 68/13 69/10

71/10 73/2 73/6 74/13
going [45] 6/20 6/21
6/21 7/4 9/23 11/24
13/12 14/24 17/14
17/19 18/18 18/19
20/16 20/18 22/15
22/16 30/11 30/25
31/21 33/7 34/1 34/3
34/4 39/25 48/8 50/22
50/23 50/24 51/18 53/9
54/20 57/16 60/5 60/9
60/15 60/15 65/21
66/14 69/1 70/15 72/15
72/17 73/1 73/19 73/25
gone [2] 8/2 33/6
good [5] 2/2 3/1 3/5
3/21 52/6
got [2] 19/20 68/13
gotten [1] 29/21
government [32] 3/2
5/4 12/4 28/19 29/9
29/13 32/7 39/16 41/23
42/2 43/4 44/11 50/3
50/4 50/18 52/14 52/16
52/17 53/2 54/24 55/25
56/9 56/24 57/21 58/6
59/4 60/4 64/10 67/8
68/17 68/22 74/15
Government's [2]
41/2 42/5
grand [5] 5/7 7/14
7/17 7/21 8/25
great [1] 65/3
guaranteed [1] 14/17
guess [1] 39/10
guidance [1] 15/7
guideline [6] 48/5
48/13 48/23 49/22
50/16 51/21
guidelines [12] 47/7
47/10 47/11 47/15
47/17 47/22 48/20 49/4
49/23 51/22 51/23
51/25
guilt [5] 17/15 54/6
54/25 56/9 65/9
guilty [46] 1/10 7/4
18/17 18/19 31/25
32/15 33/23 34/2 34/16
35/17 35/18 37/25 38/3
40/18 42/25 43/8 43/10
43/11 43/14 43/18
43/19 45/17 46/22 47/1
53/4 54/11 55/7 55/7
55/8 57/4 57/5 57/9
59/6 59/9 64/12 64/16
64/16 64/17 64/19 65/3
65/9 65/11 65/16 65/17
72/12 72/13

| H | | | |
|---|---|---|---|

**half [1]** 72/12
**hand [5]** 34/21 59/18 70/15 70/15 73/2
**handled [1]** 33/21
**handwriting [1]** 72/23
**happen [1]** 19/15
**happening [1]** 7/6
**Happy [1]** 29/20
**hardly [1]** 34/16
**harsh [2]** 43/4 52/18
**harsher [1]** 44/24
**has [56]** 2/12 4/11 7/10 7/18 7/25 9/1 9/16 9/16 11/16 11/19 17/13 18/16 20/9 21/5 21/6 22/23 22/24 28/12 28/13 28/13 28/14 29/12 29/15 29/21 29/24 30/5 33/6 33/20 35/4 35/7 39/3 39/8 39/10 39/13 39/14 39/16 41/13 42/10 43/7 49/9 50/17 51/22 53/10 53/21 65/3 65/8 66/16 66/20 67/19 67/21 70/4 70/5 70/8 70/9 72/14 74/8
**hasn't [1]** 33/13
**have [128]**
**haven't [4]** 4/3 26/24 30/13 42/13
**having [2]** 32/13 32/13
**he [54]** 7/24 8/3 8/4 8/4 8/4 8/6 8/13 9/14 9/14 9/17 11/23 17/2 17/8 17/10 17/13 17/15 18/8 19/6 19/8 19/9 19/13 20/6 20/7 38/3 39/3 39/4 39/8 39/10 40/10 41/12 41/14 41/14 41/15 51/18 56/20 56/22 59/23 62/11 64/1 64/25 65/4 65/12 67/13 68/1 68/9 69/8 70/4 70/5 70/6 70/7 71/15 74/1 74/5 74/5
**he'll [3]** 19/6 19/8 51/7
**he's [20]** 7/25 8/1 8/7 8/8 8/8 9/13 19/10 22/17 38/25 39/6 39/9 60/15 64/24 65/4 65/5 65/9 65/9 67/13 73/21 74/6
**headquartered [2]** 10/24 11/6
**health [1]** 71/3
**hear [4]** 19/8 48/8 50/9 55/13

**hearing [6]** 5/11 31/7 66/10 66/12 66/25 74/25
**held [6]** 30/16 32/3 47/22 48/4 69/1 75/8
**helpful [1]** 68/8
**her [5]** 10/20 48/8 50/20 65/23 65/24
**here [58]** 2/6 3/6 3/7 3/11 4/7 4/8 4/24 5/2 5/3 5/13 6/17 7/5 8/19 10/4 10/19 11/3 11/25 12/2 15/13 17/9 20/1 20/17 22/24 30/3 30/20 31/12 32/4 33/2 33/15 34/2 34/16 34/17 42/18 44/6 44/19 44/25 46/5 47/7 48/7 48/10 48/15 50/12 52/21 53/12 58/8 60/9 65/10 65/21 65/22 66/17 67/6 67/15 67/20 69/20 72/9 72/25 74/10 74/21
**hereby [1]** 75/6
**herein [1]** 63/23
**hesitation [1]** 19/12
**him [38]** 8/2 9/7 9/16 9/18 9/23 10/19 11/22 17/4 17/7 17/20 17/22 19/11 19/12 19/14 19/19 26/23 35/13 38/18 39/2 39/7 39/11 39/24 56/22 59/18 60/16 60/17 67/25 68/9 68/13 69/10 71/10 71/14 73/19 73/20 73/21 73/21 73/22 74/5
**himself [1]** 24/17
**his [34]** 5/17 9/7 9/16 10/17 10/19 15/22 21/19 22/4 22/9 23/19 23/21 23/24 24/19 24/20 27/13 35/5 38/25 46/21 56/11 60/25 61/7 61/24 62/8 63/10 63/10 63/13 64/1 65/3 65/9 65/11 67/14 70/4 70/7 71/17
**history [2]** 49/14 49/15
**hold [4]** 5/2 27/7 46/9 73/5
**homeschooling [1]** 36/7
**Honor [181]**
**HONORABLE [3]** 1/11 17/11 74/23
**hope [1]** 34/16
**Hopefully [1]** 6/2
**hour [3]** 33/8 57/19

72/12
**hour-and-a-half-long [1]** 72/12
**hours [1]** 37/22
**housing [2]** 44/11 44/13
**how [13]** 8/18 17/13 17/19 18/9 19/18 20/17 33/20 36/6 47/3 49/23 53/13 64/14 72/3
**However [1]** 56/3

| I | | | |
|---|---|---|---|

**I'd [2]** 9/6 72/22
**I'll [13]** 3/19 7/3 20/17 34/15 47/5 48/14 50/15 59/2 66/8 67/15 72/23 74/11 74/12
**I'm [57]** 3/3 3/6 3/7 3/8 3/10 3/17 6/13 6/18 7/3 7/4 8/16 9/13 9/15 9/17 9/23 13/12 14/24 17/8 18/14 18/16 18/18 18/18 18/24 18/25 20/10 20/11 20/11 22/1 22/1 22/2 22/3 22/16 30/25 31/24 32/19 32/23 32/24 33/1 33/10 34/3 37/13 37/13 39/24 40/20 44/9 51/9 51/18 57/16 59/14 65/8 67/7 67/25 72/15 72/17 73/1 73/19 74/21
**I've [20]** 8/2 9/18 9/18 11/11 12/21 15/2 17/21 19/10 22/5 30/21 31/11 35/23 36/7 39/21 44/1 52/17 68/13 71/6 72/13 74/4
**idea [1]** 67/21
**identified [1]** 23/13
**identify [1]** 2/24
**identifying [2]** 14/21 71/1
**illness [1]** 37/5
**immediate [1]** 71/7
**immigration [1]** 8/11
**impeachment [1]** 55/24
**important [3]** 49/14 52/13 59/9
**importantly [1]** 38/2
**impose [2]** 43/2 51/23
**imposed [2]** 51/14 69/14
**imposing [1]** 47/18
**imprisonment [3]** 6/7 45/20 49/16
**improperly [1]** 18/1
**Inc [34]** 15/15 15/25

16/5 20/25 21/4 21/5 21/16 22/9 22/11 23/9 23/12 23/14 25/6 25/20 25/24 26/5 26/7 27/9 27/12 27/14 27/20 28/2 61/2 61/10 61/11 61/14 61/21 62/1 62/5 62/17 63/6 63/10 63/14 63/20
**Inc.'s [1]** 61/18
**incarceration [1]** 46/13
**include [2]** 12/19 33/24
**included [2]** 15/21 20/22
**including [11]** 14/20 15/5 15/21 24/25 27/12 38/18 45/6 61/14 61/24 62/20 63/10
**income [2]** 26/1 61/21
**incorporated [7]** 10/11 10/12 10/13 10/13 20/21 23/20 25/2
**increasingly [1]** 19/1
**incrimination [1]** 31/17
**indeed [1]** 11/22
**independent [4]** 16/11 59/5 59/8 65/14
**indicated [8]** 21/1 22/5 22/24 30/22 40/8 44/2 61/18 71/6
**indicates [2]** 6/5 74/5
**indictment [14]** 2/8 5/7 5/14 5/14 6/5 6/11 6/17 8/23 9/8 9/19 9/21 19/24 19/25 57/25
**indirectly [2]** 28/9 70/19
**individual [6]** 5/5 5/10 15/13 21/13 22/6 26/17
**individuals [1]** 23/13
**indulgence [4]** 5/16 12/25 16/25 51/4
**ineligible [1]** 44/12
**influence [1]** 37/8
**information [42]** 2/6 4/25 6/11 9/1 9/22 9/24 10/8 11/4 11/14 11/16 11/21 14/20 16/15 16/16 16/18 16/19 16/20 17/4 17/6 19/23 20/14 21/25 22/23 29/1 29/10 32/13 32/16 35/3 35/7 35/16 35/19 38/6 52/25 53/2 53/5 57/18 58/2 61/20 64/15 65/17 65/22 71/1
**informed [5]** 17/4 19/5 19/10 19/14 64/23

**initial [10]** 29/7 30/3 30/6 30/15 30/17 32/3 32/4 32/7 32/14 66/18
**initialed [1]** 21/14
**initials [1]** 16/7
**injury [2]** 12/20 12/20
**innocence [3]** 18/14 54/7 56/11
**innocent [1]** 54/24
**inquire [1]** 2/19
**instant [4]** 71/18 72/6 73/7 73/9
**institution [4]** 10/14 10/23 24/7 61/1
**Insurance [1]** 10/15
**insured [2]** 10/14 10/23
**intent [1]** 58/7
**interest [4]** 15/6 15/7 62/21 62/22
**interject [1]** 11/21
**intern [2]** 32/23 34/15
**Internal [1]** 20/12
**internet [1]** 63/24
**Interruption [1]** 51/3
**interstate [4]** 24/13 27/23 58/13 63/25
**interview [1]** 66/4
**interviewed [1]** 68/9
**introduced [1]** 42/4
**investigation [10]** 48/11 48/12 50/17 50/20 51/6 53/6 65/20 66/9 66/13 70/21
**involved [2]** 19/20 48/25
**involves [1]** 46/11
**IRS [14]** 21/5 25/1 25/5 25/7 25/10 25/11 25/15 25/18 25/19 25/22 25/25 25/25 61/16 61/19
**is [158]**
**issuance [1]** 71/7
**issue [1]** 56/21
**issued [2]** 44/11 69/4
**issues [1]** 49/22
**it [127]**
**it's [46]** 4/10 4/11 5/25 6/1 6/15 6/23 7/1 8/23 9/7 9/22 9/24 10/1 13/16 17/4 17/24 18/5 19/12 19/13 21/14 22/22 28/6 28/6 30/4 30/5 30/12 30/17 30/19 32/16 33/1 33/11 33/12 33/13 33/15 33/16 40/8 48/17 50/23 50/24 52/5 52/12 59/9 71/24 72/7 73/1 73/17 74/13

**I**

items [2] 15/9 62/25
its [7] 13/20 13/24
13/25 14/17 21/5 23/9
29/9
itself [1] 5/4

**J**

January [4] 47/13
48/17 67/2 67/8
Jersey [1] 10/24
job [1] 12/16
jobs [1] 44/5
join [1] 69/5
joined [1] 58/3
JR [2] 1/17 3/22
judge [7] 2/16 3/8 3/17
30/16 32/23 34/15
44/24
judges [2] 47/16 48/5
judgment [1] 49/17
Judicial [1] 75/10
July [1] 23/16
July 2 [1] 23/16
June [5] 23/6 35/1
60/22 63/3 75/12
June 11 [1] 35/1
June 1969 [1] 60/22
June 22 [2] 23/6 63/3
jurisdiction [1] 28/13
jurors [3] 54/13 55/3
55/6
jury [20] 4/5 5/7 7/14
7/17 7/21 8/25 38/21
53/12 53/13 53/17
53/20 53/21 53/22
53/25 54/2 54/12 54/18
56/7 56/8 57/4
just [33] 2/10 5/4 8/23
9/18 12/21 13/3 13/9
15/2 16/18 17/2 17/8
17/12 19/13 20/1 20/11
30/12 33/3 33/19 34/15
35/5 36/18 42/18 44/9
47/5 48/13 52/6 56/24
57/10 67/23 72/15
72/18 73/19 73/22
Justice [1] 53/6

**K**

keep [5] 7/10 7/11
17/12 44/5 54/20
key [1] 47/4
kickback [6] 21/13
21/20 22/5 26/9 26/22
62/8
kickbacks [1] 24/20
kind [4] 29/24 37/5
44/13 49/17
kinds [1] 18/25

knew [1] 58/3
know [7] 2/10 6/1
8/15 8/16 17/13 17/18
18/9 29/21 32/25 32/25
37/20 59/11 64/18
71/17 72/14
knowing [1] 65/13
knowingly [4] 24/2
24/5 24/11 58/4
knowledge [2] 8/1
15/15
known [10] 11/2 12/11
23/2 24/3 24/23 25/4
27/3 27/22 31/17 52/25

**L**

lack [1] 19/13
language [4] 6/23 7/1
36/19 37/2
last [5] 2/18 37/14
37/22 51/9 72/8
late [1] 30/12
later [2] 36/2 50/20
laughing [1] 33/4
Laughter [1] 33/5
law [6] 12/11 16/21
29/7 29/8 53/1 69/2
lawful [1] 52/15
lawyer [5] 6/19 6/20
9/16 16/23 60/4
lawyers [3] 53/24
54/17 60/8
lean [1] 18/24
lease [1] 16/13
least [2] 17/22 33/2
Lee [1] 10/24
left [4] 3/11 23/1 27/1
62/13
legally [2] 14/22 14/25
legitimate [4] 61/12
61/20 62/23 63/3
legitimately [1] 63/14
lender [6] 11/1 11/1
14/14 14/15 14/16
14/18
lengthy [2] 31/21
31/22
lenient [2] 43/4 52/17
less [1] 51/24
let [3] 2/10 39/10 47/3
Let's [2] 33/3 68/13
letter [15] 39/15 39/16
39/17 39/24 39/25 40/1
41/12 41/21 42/1 47/8
49/13 52/14 53/10
57/16 59/8
level [3] 49/2 49/3
49/5
license [2] 15/22
61/25

licenses [1] 44/5
lie [1] 34/5
lies [2] 58/20 58/21
light [1] 67/5
like [6] 8/15 9/6 36/8
70/12 72/20 72/22
line [6] 8/2 8/3 8/23
20/8 20/8 72/9
lines [1] 70/24
listed [6] 3/6 20/21
26/24 28/6 28/6 30/4
listen [1] 60/9
literally [1] 29/2
little [2] 2/6 37/6
loan [66] 12/19 13/13
13/14 13/19 13/22
13/22 14/1 14/15 14/17
14/18 14/19 14/21
14/22 14/25 15/7 15/8
15/10 15/14 15/21
15/25 16/3 16/6 20/20
21/13 21/17 21/19
21/21 21/21 22/4 22/6
22/9 23/23 24/18 24/21
24/25 25/1 25/6 25/10
25/20 26/5 26/10 26/12
27/9 27/15 27/16 27/20
27/25 61/2 61/9 61/13
61/16 61/24 62/5 62/10
62/10 62/10 62/12
62/16 62/19 62/23
62/24 63/1 63/3 63/12
63/20 63/20
loans [2] 12/16 12/20
local [1] 71/2
located [1] 28/12
Lombard [1] 1/24
long [3] 19/18 52/19
72/12
longer [2] 47/15 72/15
longest [1] 72/13
look [4] 6/13 6/19 6/20
40/5
looking [2] 3/6 9/8
loose [1] 33/4
lose [3] 43/23 43/23
43/24
loud [1] 60/16
lying [2] 17/25 34/11

**M**

ma'am [1] 35/20
Madam [1] 30/1
made [12] 5/7 21/15
23/17 23/21 26/4 27/19
31/16 49/9 62/4 63/8
63/11 63/19
magistrate [1] 30/16
maintain [2] 12/6
16/13

maintained [1] 10/13
make [26] 3/19 13/21
16/13 18/23 19/9 19/14
20/17 22/1 23/11 29/14
30/17 31/15 31/22 34/4
34/11 51/9 54/6 59/3
59/14 63/2 65/4 66/21
67/10 69/3 69/8 72/21
makes [1] 44/12
making [5] 9/13 23/12
27/11 31/18 36/3
man [2] 17/21 22/2
mandatory [2] 47/14
47/16
manner [1] 57/25
manually [1] 16/4
March [11] 12/12
15/12 16/3 21/17 23/25
26/5 57/20 60/23 61/5
61/8 62/5
March 14 [3] 15/12
57/20 61/8
March 2020 [2] 12/12
61/5
March 2021 [2] 23/25
60/23
March 21 [1] 16/3
March 22 [3] 21/17
26/5 62/5
marked [2] 39/16 41/2
MARONICK [41] 1/17
3/22 4/1 4/2 4/3 4/11
7/23 10/19 17/18 18/6
19/18 22/15 29/4 29/23
31/4 32/9 35/12 37/24
38/15 38/24 39/17
40/10 41/5 41/11 41/20
42/7 42/10 46/20 51/7
51/14 56/20 59/18 64/4
64/18 67/10 67/12 68/8
71/9 73/18 74/7 74/17
MARYLAND [15] 1/1
1/7 1/25 10/7 10/10
10/11 11/4 15/22 24/1
29/10 29/15 60/23
60/24 64/1 75/6
mask [6] 2/19 2/21 3/3
4/22 6/24 7/11
masks [3] 2/11 2/13
2/15
material [6] 10/8 16/17
29/14 29/15 29/24
61/13
materially [1] 24/9
materials [3] 2/7 24/25
29/22
matter [12] 1/10 2/8
8/22 17/5 30/6 31/9
32/16 33/7 45/10 67/18
74/15 75/9

matters [2] 48/14
57/20
maximum [4] 45/19
45/21 45/22 45/23
may [12] 3/22 4/22
5/10 7/24 11/20 39/19
59/1 60/20 67/24 69/5
70/20 71/7
me [39] 2/10 2/20 5/13
6/13 6/14 6/21 7/25
9/23 11/21 12/24 17/3
18/16 19/10 19/22 20/7
22/22 30/19 30/22 32/7
33/15 33/16 34/5 34/7
34/10 37/12 39/10
42/19 42/20 44/2 47/3
51/9 60/11 68/8 72/11
72/17 72/19 72/20
72/23 74/5
mean [2] 17/12 17/19
meaning [1] 47/6
means [14] 24/8 24/12
28/17 34/5 34/12 42/17
47/15 47/22 49/23
52/15 56/18 58/13
58/18 69/12
medical [1] 70/22
medication [4] 37/8
37/11 37/15 37/22
meet [1] 65/24
meeting [1] 50/20
memoranda [2] 50/10
67/4
memorandum [2] 67/7
67/11
memory [1] 36/24
mental [1] 37/5
mentioned [2] 46/10
47/7
merely [1] 42/19
Merit [1] 75/4
met [3] 7/25 20/6 20/7
might [6] 43/3 44/4
50/23 51/15 52/7 72/21
million [1] 45/21
minute [3] 16/23 30/25
48/8
Miranda [1] 31/17
misrepresentations
[3] 58/5 58/6 61/14
miss [1] 8/15
mission [1] 12/5
mistake [1] 30/8
mitigation [1] 19/7
mobile [1] 63/23
modifications [1] 64/3
moment [1] 59/1
Monday [3] 70/9 70/9
70/16
money [10] 14/4 18/1

**M**

money... [8]  24/8
25/16 28/18 45/12
45/12 48/25 58/5 58/20
monies [1]  14/17
monitored [1]  46/12
month [1]  2/18
monthly [3]  13/25
16/1 61/15
more [15]  6/6 6/7 19/4
19/7 24/18 31/16 31/21
38/2 43/3 43/4 51/24
57/25 61/7 72/16 72/17
Moreover [1]  21/5
mortgage [3]  15/5
16/13 62/21
most [1]  9/23
Mr [5]  3/4 4/19 10/19
29/13 60/20
Mr. [92]
Mr. Maronick [35]
4/11 7/23 17/18 18/6
19/18 22/15 29/4 29/23
31/4 32/9 35/12 37/24
38/15 38/24 39/17
40/10 41/5 41/11 41/20
42/7 42/10 46/20 51/7
51/14 56/20 59/18 64/4
64/18 67/10 67/12 68/8
71/9 73/18 74/7 74/17
Mr. Patrick [1]  7/25
Mr. Qureshi [46]  4/17
5/2 5/4 5/17 10/10
10/12 10/17 14/9 15/16
16/18 17/16 18/13 19/5
20/22 21/24 22/20
28/10 30/15 33/10
34/21 35/15 35/23 40/1
40/6 40/24 41/18 41/25
45/25 46/10 46/21
46/24 47/25 49/3 49/15
51/19 53/9 59/14 59/22
60/10 64/6 64/14 65/20
67/12 68/16 69/2 69/17
Mr. Riley [6]  18/3 51/6
59/10 64/2 64/10 74/15
Mr. Smith [3]  19/21
20/6 41/5
Mr. Smith's [1]  8/2
Ms. [24]  3/10 3/19
9/12 9/20 19/25 31/12
34/19 35/22 48/7 50/17
50/22 59/12 65/21 66/2
66/12 66/17 66/18
66/21 68/9 71/11 72/3
73/16 74/12 74/21
Ms. Danielle [1]  65/21
Ms. Davis [7]  9/12
9/20 19/25 34/19 35/22
66/17 74/12

**Ms. Sanger [13]**  3/10
3/19 31/12 48/7 50/17
50/22 66/2 66/12 66/21
68/9 71/11 72/3 73/16
**Ms. Sanger's [1]**
66/18
**Ms. Thomas [2]**  59/12
74/21
much [6]  3/12 17/19
20/18 64/2 66/17 74/10
multiple [2]  61/13
63/24
multistep [1]  48/6
must [8]  29/9 46/4
47/17 67/7 69/23 69/24
70/1 70/2
my [20]  3/3 7/10 8/1
8/1 8/15 11/23 20/7
30/8 30/8 33/11 33/15
34/24 36/2 36/24 49/17
70/12 72/7 72/23 73/2
73/15
myself [1]  73/2

**N**

name [11]  4/16 16/4
23/1 23/3 27/4 34/23
34/24 62/1 62/14 62/15
62/17
named [4]  11/3 15/13
17/4 22/6
namely [2]  24/5 24/7
names [2]  56/19 56/20
narcotic [1]  37/5
nation's [1]  12/7
native [1]  36/9
naturalized [4]  8/13
9/14 36/22 44/4
nature [4]  6/9 30/18
31/22 65/2
necessary [2]  30/19
31/19
need [3]  5/20 8/16
31/16
needs [1]  5/17
negative [1]  2/18
nervous [1]  8/16
never [3]  25/10 25/19
56/10
new [2]  10/24 70/18
next [4]  11/9 14/12
29/6 48/18
nice [9]  3/4 3/10 3/22
3/24 4/3 4/7 4/7 4/10
4/12
nights [1]  37/16
no [38]  1/5 2/3 11/15
11/18 11/19 13/11 21/4
21/6 25/14 26/18 26/20
27/19 31/13 31/16 32/3

32/8 37/9 37/23 37/23
39/9 43/9 47/15 49/13
49/22 49/23 52/3 52/9
53/4 61/11 63/19 65/8
67/21 67/25 68/20 72/2
72/22 74/16 74/19
none [2]  63/13 64/5
noon [3]  70/8 70/9
70/15
norm [1]  34/16
normal [1]  33/7
normally [1]  7/14
30/16 37/17
NORTHERN [1]  1/2
not [101]
note [9]  2/10 3/19 4/24
39/23 45/5 50/19 51/8
59/7 67/10
noted [1]  45/18
notes [7]  1/22 45/10
49/21 50/2 52/14 52/24
57/20
Nothing [1]  32/10
notice [1]  70/1
notification [3]  72/7
73/11 73/13
notify [6]  66/20 67/1
67/1 71/15 72/5 73/3
November [1]  66/19
now [27]  5/25 6/3 9/19
9/21 11/25 14/12 17/21
29/6 30/3 32/4 32/11
32/14 33/4 34/3 35/24
46/10 48/17 49/12 53/4
53/9 57/14 59/14 65/16
67/18 67/20 72/12
74/22
number [13]  5/15
10/16 10/25 13/25
14/21 22/11 22/12
22/12 22/12 22/12
22/13 22/13 22/13

**O**

oath [7]  30/24 30/25
34/3 34/4 34/12 34/19
35/24
object [1]  24/16
objection [1]  72/2
objections [4]  50/19
51/8 66/9 66/20
obligations [1]  29/9
observe [1]  34/18
obtain [9]  13/13 24/7
24/8 25/1 25/16 36/22
58/4 61/2 70/18
obtained [6]  23/23
26/16 28/8 61/6 63/12
63/20
obtaining [2]  24/18

62/9
obviously [5]  13/16
17/11 20/4 30/19 31/21
occasion [1]  41/1
October [4]  1/8 5/15
20/2 20/3
October 11th [1]  20/2
off [6]  5/17 5/20 5/21
5/25 6/1 72/15
offense [20]  5/10 7/19
24/4 43/13 43/16 43/19
44/18 45/20 45/24 49/2
49/3 49/5 57/23 61/7
65/15 65/16 71/18 72/6
73/8 73/9
offenses [1]  6/7
offering [1]  24/20
office [5]  3/9 20/7
46/13 70/3 70/15
office's [1]  30/8
officer [3]  3/15 3/16
70/2
Official [3]  1/24 75/1
75/16
okay [19]  3/8 5/23
6/14 6/21 9/1 11/19
11/24 33/1 37/13 39/13
39/23 40/2 42/4 53/16
60/5 68/13 68/23 73/3
73/20
Oklahoma [2]  11/7
11/7
Once [1]  14/13
one [23]  2/5 5/3 6/6
6/7 9/22 9/24 10/25
14/8 19/4 27/7 32/16
37/13 38/6 46/9 51/10
52/6 55/7 64/15 65/17
67/7 71/24 73/5 73/17
one-count [1]  2/5 9/22
9/24 32/16 38/6 64/15
65/17
one-third [1]  52/6
only [6]  14/23 15/1
37/17 60/11 62/19
71/12
open [3]  6/8 60/9
70/24
operating [1]  61/12
operation [1]  16/9
opinion [1]  48/2
opinions [1]  47/5
opportunity [3]  41/4
50/18 66/11
opposed [1]  3/11
opposing [2]  67/1
67/2
optional [1]  2/13
order [6]  45/11 66/17
66/18 67/15 67/19

68/15
ordered [1]  69/1
orders [1]  2/10
ordinarily [2]  5/4 5/6
original [5]  39/15
39/17 39/22 40/9 42/6
originally [3]  8/7
48/15 48/16
other [13]  12/17 23/19
27/13 27/24 28/15
28/19 47/23 49/22
50/21 55/8 57/11 63/10
71/2
others [8]  23/2 23/22
24/3 24/23 25/4 27/3
27/22 62/14
otherwise [1]  70/19
our [4]  20/16 33/2 34/2
55/19
out [5]  44/11 48/24
58/12 60/16 72/22
over [9]  3/11 19/21
39/25 51/17 53/11 57/17
66/1 68/13 71/10
oversight [1]  73/15
own [8]  13/16 14/17
24/19 43/10 55/17
55/20 71/2 72/23
owner [6]  16/5 21/16
26/4 62/4

**P**

p.m [3]  1/8 2/1 74/25
pace [1]  7/10
page [6]  40/6 40/19
40/20 40/24 72/8 75/9
Page 11 [1]  40/19
Page 5 [1]  40/24
Page 9 [1]  40/6
pages [1]  29/3
paid [8]  16/10 16/11
20/24 21/4 25/23 26/9
26/22 45/12
pain [1]  65/3
Pakistan [4]  36/10
36/11 36/17 36/19
pandemic [5]  12/14
12/19 18/2 57/22 65/6
pandemic-related [1]
12/19
Paper [1]  5/14
paperwork [1]  8/3
paragraph [22]  13/12
14/12 14/12 17/13
18/12 21/3 21/12 23/1
42/12 45/9 45/10 45/18
47/7 48/23 49/12 49/21
50/2 52/13 52/24 53/10
57/15 57/23
Paragraph 10 [2]

**P**

**Paragraph 10... [2]** 14/12 52/13
**Paragraph 10C [1]** 52/24
**Paragraph 19 [2]** 45/9 45/10
**Paragraph 2 [2]** 57/15 57/23
**Paragraph 20 [1]** 21/12
**Paragraph 22 [1]** 23/1
**Paragraph 3 [1]** 45/18
**Paragraph 4 [1]** 53/10
**Paragraph 5 [1]** 47/7
**Paragraph 6 [1]** 48/23
**Paragraph 7 [1]** 49/12
**Paragraph 8 [1]** 49/21
**Paragraph 9 [1]** 13/12
**Paragraphs [1]** 45/4
**parameters [1]** 52/16
**pardon [4]** 10/21 26/19 39/5 46/2
**parens [1]** 21/22
**Park [2]** 10/9 60/23
**parole [5]** 44/17 44/18 52/3 52/3 52/9
**part [19]** 14/1 17/6 21/6 24/22 25/3 25/21 26/2 26/8 26/21 27/2 27/8 27/18 27/21 55/17 61/4 61/6 63/23 71/17 73/15
**participate [1]** 54/17
**participated [1]** 11/1
**participating [3]** 14/14 14/15 14/16
**party [3]** 28/12 42/13 71/14
**passed [1]** 53/1
**passport [5]** 68/24 70/2 70/4 70/6 70/18
**past [1]** 44/17
**Patrick [1]** 7/25
**PAUL [3]** 1/15 3/2 59/2
**pay [4]** 25/25 46/4 61/21 62/8
**Paycheck [4]** 11/2 12/2 12/18 61/3
**payee [6]** 23/1 23/3 27/1 27/4 62/14 62/14
**paying [1]** 24/20
**payment [3]** 14/5 21/20 22/8
**payments [14]** 16/13 16/13 16/14 21/2 21/13 23/12 23/18 23/21 27/12 27/19 61/18 63/9 63/11 63/19
**payroll [32]** 11/5 11/6

13/25 14/3 15/5 15/10 16/1 16/10 16/13 23/7 23/8 23/8 23/10 23/17 23/18 23/21 25/9 27/10 27/11 27/14 28/1 28/1 61/15 62/20 63/1 63/5 63/5 63/7 63/11 63/16 63/17 63/18
**penalties [3]** 45/22 45/23 45/23
**penalty [1]** 50/11
**pendency [3]** 72/5 73/7 73/9
**people [6]** 8/11 53/16 54/5 54/12 56/24 72/16
**percent [8]** 8/16 21/21 21/23 26/10 62/12
**period [3]** 15/9 46/13 62/25
**perjury [2]** 34/7 36/3
**permissible [5]** 14/23 15/1 15/9 62/20 62/25
**permission [1]** 74/6
**permit [1]** 66/8
**permits [1]** 44/5
**permitted [1]** 2/22
**permitting [1]** 42/24
**person [6]** 7/3 7/18 14/9 17/3 32/22 66/4
**personal [2]** 24/19 24/19 71/1
**personally [1]** 24/17
**persons [3]** 2/13 57/25 70/20
**phase [3]** 19/5 19/11 19/15
**phone [2]** 5/17 63/18
**phones [1]** 63/23
**photographs [2]** 15/21 61/24
**pick [1]** 54/5
**picked [1]** 53/17
**pictures [1]** 24/14
**place [1]** 29/12
**placed [4]** 28/13 28/23 34/3 42/5
**places [1]** 41/6
**Plaintiff [2]** 1/4 1/14
**plan [4]** 14/5 50/23 51/2 58/1
**plea [53]** 1/10 7/5 18/17 18/19 20/7 30/13 31/25 32/15 33/24 34/2 34/16 35/16 35/18 37/25 38/4 39/14 40/18 41/4 41/9 41/12 41/21 42/1 42/9 42/10 42/12 42/18 42/24 43/18 45/4 45/17 45/18 46/22 46/25 47/8 47/10 49/12

49/21 52/13 53/10 57/9 57/16 59/6 59/7 59/9 59/19 64/19 64/23 65/3 65/11 65/13 65/15 72/12 72/13
**plead [4]** 43/8 54/10 64/12 64/15
**pleading [4]** 43/10 43/14 53/4 65/9
**please [10]** 2/25 3/22 7/12 9/20 16/25 34/21 34/23 46/9 54/21 59/19 73/2
**plexiglass [1]** 2/19
**point [7]** 29/4 31/18 32/6 45/17 48/6 74/14 74/18
**policy [1]** 33/23
**portion [3]** 15/10 60/2 63/1
**portions [1]** 11/9 39/25 41/13
**possessing [1]** 71/1
**possibility [3]** 38/20 44/18 45/3
**possible [2]** 46/21 46/25
**potential [5]** 38/20 70/20 71/15 72/5 73/3
**potentiality [1]** 45/5
**PPP [62]** 11/2 13/6 13/13 13/14 13/19 13/22 13/22 14/1 14/13 14/15 14/17 14/18 14/22 14/25 15/6 15/7 15/14 15/21 15/25 16/3 16/6 18/1 20/20 21/13 21/17 21/19 22/4 22/6 22/9 23/23 24/18 24/21 24/25 25/1 25/6 25/9 25/20 26/5 26/10 26/12 27/9 27/15 27/16 27/20 27/25 57/21 61/3 61/9 61/13 61/24 62/5 62/10 62/12 62/16 62/19 62/22 62/23 63/2 63/9 63/12 63/20 65/5
**predecessor [1]** 29/24
**predicate [1]** 40/17
**predict [1]** 51/18
**Preindictment [1]** 29/19
**preliminary [2]** 5/11 31/7
**preparation [2]** 20/4 66/13
**prepare [2]** 50/19 51/5
**prepared [7]** 29/13 33/13 50/17 59/4 65/21 66/19 74/6
**prepares [1]** 66/7

**preparing [1]** 48/10
**present [2]** 1/18 19/7
**presented [2]** 7/14 20/1
**presentence [8]** 48/10 48/12 50/16 50/19 51/5 65/20 66/8 66/13
**president [3]** 10/12 13/17 61/11
**presiding [1]** 2/16
**presumably [2]** 8/11 29/8
**presume [3]** 48/5 48/13 60/7
**presumed [1]** 54/24
**presuming [2]** 18/15 48/9
**presumption [1]** 18/14
**pretenses [2]** 24/9 58/5
**pretrial [14]** 1/18 3/15 4/4 31/9 31/14 68/21 69/6 69/25 69/25 70/23 70/25 72/6 73/10 73/12
**previously [3]** 2/11 26/24 31/8
**principal [2]** 15/7 62/23
**prior [5]** 11/21 11/22 15/19 29/17 29/20
**prison [6]** 46/14 46/17 49/4 49/6 49/17 52/5
**privately [2]** 4/8 31/4
**probable [5]** 5/6 5/6 5/9 6/16 7/17
**probably [1]** 36/25
**probation [6]** 1/18 3/9 3/16 44/17 44/19 46/12
**problem [1]** 22/18
**problems [1]** 33/2
**Procedure [4]** 5/12 30/14 31/20 68/5
**proceed [8]** 6/3 8/25 18/16 32/15 34/2 37/25 38/3 60/20
**proceeded [1]** 32/13
**proceeding [6]** 2/8 4/25 8/19 9/21 32/11 33/24
**proceedings [5]** 18/20 38/11 41/3 57/19 75/8
**proceeds [6]** 14/22 14/25 15/9 28/8 62/19 62/24
**process [5]** 14/2 29/11 31/21 48/6 48/19
**processed [1]** 14/15
**processing [5]** 11/6 14/18 23/9 27/10 28/1
**Processor [11]** 11/5

23/7 23/8 23/10 23/17 27/11 28/1 63/5 63/7 63/16 63/18
**program [13]** 11/2 11/2 12/2 12/17 12/18 12/19 13/6 13/21 18/1 28/19 57/21 61/3 65/5
**promise [1]** 69/12
**promises [1]** 24/10
**pronouncing [2]** 4/1 4/16
**properly [2]** 33/13 74/9
**property [6]** 24/8 28/7 28/11 28/15 28/16 45/4
**proposed [2]** 6/9 68/21
**prosecution [4]** 6/10 6/11 17/5 36/3
**prosecutor [1]** 60/4
**prospective [1]** 25/8
**Protection [5]** 11/2 12/2 12/18 14/5 61/3
**Protections [1]** 29/11
**prove [4]** 54/24 56/9 56/11 59/4
**provide [7]** 12/12 14/2 23/8 29/20 63/5 65/22 69/25
**provided [12]** 11/22 12/15 15/20 16/15 22/14 22/16 22/17 22/25 29/19 29/24 45/19 62/11
**provides [4]** 12/4 40/17 53/1 59/8
**providing [1]** 26/23
**provisions [1]** 47/14
**psychiatric [1]** 70/22
**public [2]** 2/11 2/14 44/10 44/13
**pull [3]** 2/21 4/22 6/24
**punishable [1]** 6/7
**purported [17]** 11/5 20/25 23/9 23/12 23/18 23/19 23/21 23/24 26/12 27/12 61/3 61/10 63/6 63/9 63/13 63/13 63/16
**purpose [7]** 23/11 24/10 25/7 27/11 27/13 32/3 58/3
**purposes [1]** 41/2 63/3
**pursuant [7]** 5/14 23/7 28/6 47/9 63/6 68/3 75/6
**put [2]** 30/24 30/25

**Q**

**qualifying [2]** 13/13

**Q**

qualifying... [1]  14/13
question [6]  6/14 6/15
6/15 17/13 72/13 72/14
questioned [1]  55/24
questions [4]  6/13 8/1
17/23 36/2
quick [2]  7/3 7/10
quickly [3]  50/25
59/11 59/11
quite [3]  30/11 67/5
73/16
QURESHI [96]
Qureshi's [2]  16/4
61/2

**R**

radio [1]  58/13
raise [1]  34/21
ran [1]  11/4
range [5]  48/5 48/13
49/16 50/16 51/22
rather [1]  72/12
RDB [2]  1/5 2/4
RDB-22-0330 [1]  2/4
read [42]  8/23 9/23
11/13 11/17 12/21 13/9
13/11 13/12 15/2 22/16
29/2 30/21 32/13 35/3
35/5 35/7 37/1 38/8
38/10 39/24 40/1 41/4
57/18 59/10 59/13
59/16 60/5 60/7 60/9
60/12 60/15 60/15
60/16 66/8 67/13 69/7
72/18 72/22 73/20
73/21 73/22 74/4
reading [8]  20/9 20/10
20/11 22/1 59/21 59/25
60/1 65/1
reads [1]  14/13
ready [3]  6/3 6/4 32/15
really [2]  17/18 18/25
Realtime [1]  75/5
rearraignment [2]
30/4 30/5
reason [3]  34/11 64/18
68/17
reasonable [7]  48/6
48/14 50/3 50/5 50/6
54/25 56/9
recall [1]  4/11
receipt [1]  27/14
receive [5]  14/4 21/20
44/24 49/18 52/5
received [9]  26/11
28/19 31/13 38/7 38/8
45/13 45/16 58/20
62/11
receiving [4]  6/10 18/1

27/9 44/12
recently [2]  2/12 37/4
recognize [1]  38/7
recommend [1]  65/25
recommendations [3]
42/19 42/24 69/6
recommended [1]
48/9
record [5]  2/25 21/25
29/2 34/23 39/21
records [3]  21/5 21/6
21/6
recovery [2]  12/8
28/18
refer [1]  66/12
referenced [5]  8/3
22/25 26/23 62/7 63/8
referencing [2]  17/3
20/14
referred [1]  12/17
reflect [2]  22/1 29/2
reflected [2]  22/8
25/22
reflecting [1]  26/10
refrain [1]  71/1
regard [1]  56/12
Registered [1]  75/4
regular [3]  66/17
67/19 70/1
regulations [1]  75/10
reject [1]  42/23
relate [2]  11/9 71/3
related [2]  12/19 17/6
release [12]  31/9
31/10 31/13 45/21
46/10 46/11 46/15
46/16 67/19 67/20
68/15 71/13
released [3]  46/15
48/10 52/7
releases [1]  48/9
relevant [1]  65/3
relief [3]  12/10 12/15
61/4
remain [2]  59/15 67/25
remember [1]  36/25
remind [1]  29/9
removed [2]  3/3 63/17
remuneration [1]  28/5
rent [2]  15/6 62/21
repeat [2]  14/24 35/6
report [14]  48/11
48/12 50/17 50/20 51/6
65/20 65/23 66/7 66/9
66/13 66/18 66/22 70/1
72/7
reported [4]  1/23
15/25 16/11 75/8
reporter [6]  1/24 7/10
75/1 75/4 75/5 75/16

representation [6]
9/16 16/8 29/14 38/25
59/3 67/13
representations [4]
21/15 24/9 26/3 62/3
representative [3]
13/14 13/20 13/24
represented [3]  18/16
22/22 60/11
representing [1]  19/19
represents [1]  68/18
request [6]  27/16 31/2
50/3 54/12 71/12 71/15
require [2]  8/12 56/24
required [10]  2/11
13/19 14/22 14/25 29/7
31/15 62/19 67/4 69/13
70/23
requirement [1]  25/8
requires [1]  29/12
residence [1]  70/7
resident [3]  10/9 11/4
60/22
respect [24]  2/14 9/22
17/14 17/23 18/1 29/7
29/8 29/10 30/3 30/16
31/14 32/11 32/14
32/15 37/10 40/3 40/23
45/12 48/8 52/3 52/12
53/6 57/18 67/2
respects [1]  16/17
response [2]  11/15
18/2
responsibility [3]  30/9
33/15 49/1
responsible [1]  56/22
restitution [3]  45/11
45/11 45/12
result [4]  28/9 28/11
58/21 71/7
retain [1]  16/12
retained [2]  4/8 31/4
retention [1]  12/17
retrieve [1]  39/17
retrieved [1]  39/21
return [8]  20/24 24/21
28/5 42/6 46/5 48/15
50/12 61/17
returned [1]  56/22
Revenue [1]  20/22
review [2]  47/18 50/18
reviewed [2]  22/23
48/20
revised [1]  2/12
RICHARD [1]  1/11
right [40]  3/18 5/23
6/10 6/16 9/11 9/13
18/13 30/1 30/11 31/2
31/7 31/9 32/2 34/21
37/7 40/3 41/18 43/23

43/24 43/24 53/5 54/5
54/10 54/11 54/17
55/12 55/13 55/18
56/15 57/9 59/24 60/1
60/20 66/7 67/18 68/23
72/1 73/2 73/16 74/20
rights [9]  6/8 31/16
43/20 52/12 52/24
53/11 56/12 57/10
57/11
rise [1]  74/23
RILEY [12]  1/15 3/2
3/4 18/3 29/13 51/6
59/2 59/10 60/20 64/2
64/10 74/15
risk [4]  68/7 68/18
68/25 71/15
RMR [2]  1/23 75/16
role [1]  26/11
Ronda [3]  1/23 75/4
75/16
Rubin [1]  32/23
Rubin's [1]  34/15
rule [6]  5/11 28/6
30/14 31/20 32/14 68/4
rules [7]  5/11 13/21
15/6 30/14 31/20 62/22
68/4
run [2]  33/11 68/6

**S**

S.N [1]  10/17
said [7]  8/3 8/4 9/18
11/11 35/23 68/1 72/18
salaries [1]  16/10
same [1]  41/17
SANGER [16]  1/18 3/9
3/10 3/19 31/12 48/7
50/17 50/22 65/21 66/2
66/12 66/21 68/9 71/11
72/3 73/16
Sanger's [1]  66/18
satisfied [20]  9/15
9/17 22/2 29/23 29/25
31/1 31/24 35/12 37/24
38/2 38/24 41/11 41/14
41/20 41/25 46/20
46/24 65/8 65/13 68/1
satisfy [1]  68/6
say [5]  12/23 12/24
31/16 34/15 68/20
saying [1]  44/9
says [4]  6/17 8/24
29/8 60/2
SBA [2]  14/17 14/19
scheduled [3]  48/16
48/16 66/14
scheme [22]  24/6
24/11 24/14 24/16
24/22 25/3 25/21 26/2

26/8 26/22 27/2 27/8
27/18 27/21 28/9 58/4
58/12 61/1 61/6 63/15
63/22 64/1
school [2]  36/6 36/8
screwed [1]  33/16
seal [2]  42/5 72/15
sealed [3]  40/4 40/23
41/21
searched [1]  21/5
seated [1]  59/1
second [5]  5/3 16/12
27/7 46/9 73/5
Section [2]  44/10
47/10
Section 5 [1]  47/10
Security [2]  12/10
61/4
see [17]  3/4 3/5 3/10
3/23 3/24 4/3 4/7 4/12
8/18 10/20 32/21 33/3
33/14 48/11 51/10
55/13 60/1
seeing [1]  56/23
seek [2]  53/2 53/5
seen [3]  4/3 31/11
67/21
selected [1]  54/13
selection [1]  54/17
self [1]  31/17
self-incrimination [1]
31/17
sent [2]  46/17 58/18
sentence [18]  43/3
44/24 45/19 46/15
47/18 48/21 49/17 50/3
51/13 51/24 52/5 52/15
52/17 52/18 52/20
52/21 57/5 69/13
sentencing [23]  19/5
19/15 33/24 46/5 46/6
47/4 47/6 48/7 48/15
48/20 50/10 50/12
66/10 66/12 66/14
66/17 66/18 67/4 67/7
67/11 67/15 67/16
67/19
separate [3]  17/4 17/5
69/20
September [8]  5/1
11/25 19/24 39/15
40/12 40/13 41/12
41/15
September 14 [1]
39/15
September 16th [2]
41/12 41/15
series [1]  22/10
serve [3]  32/3 52/6
69/13

# S

served [2]  25/9 56/23
Service [1]  20/22
services [18]  1/18
3/15 11/5 23/9 27/11
27/14 28/1 31/14 63/5
65/12 68/21 69/25
69/25 70/23 70/25 72/6
73/10 73/12
set [4]  39/14 46/12
57/23 65/16
sets [2]  41/22 42/1
setting [1]  68/15
severe [3]  43/3 51/24
51/24
Severna [2]  10/9
60/23
shall [3]  2/15 28/7
28/15
sham [1]  63/11
she [7]  7/12 10/22
37/12 48/10 51/8 66/7
66/21
she'll [5]  50/19 51/5
51/6 51/6 66/23
sheet [1]  3/7
shifts [1]  56/10
should [11]  32/25
32/25 48/5 49/17 50/11
56/7 60/14 64/19 67/1
67/1 67/5
showing [1]  14/2
side [6]  48/11 51/8
66/20 67/1 67/1 67/2
sides [2]  50/9 52/20
sign [10]  58/14 67/15
71/10 73/19 73/19
73/22 73/23 74/6 74/11
74/12
signals [1]  24/1
signatories [1]  10/18
signature [8]  6/18 9/7
9/9 40/5 40/19 40/21
40/24 41/13
signed [21]  9/18 13/14
16/4 19/25 20/2 22/7
23/7 26/25 40/9 40/10
41/6 41/9 41/12 41/15
41/18 42/13 63/4 67/12
67/19 74/9 74/13
signing [1]  41/14
signs [1]  24/14
simple [2]  6/15 6/15
since [2]  4/4 72/17
sir [41]  4/20 4/23 5/20
5/24 6/13 6/15 6/25
7/15 7/21 9/3 9/9 10/1
11/11 12/21 13/3 13/16
14/6 14/24 17/25 18/21
19/16 19/17 21/8 25/11

25/14 26/13 28/24
30/22 31/19 34/3 34/13
36/6 36/13 37/3 37/18
39/4 46/7 50/13 54/21
58/9 64/12
sit [4]  53/17 54/6
67/24 68/9
situation [1]  38/17
sleep [2]  37/17 37/20
slow [2]  7/2 7/4
slowly [3]  72/11 72/16
72/17
small [10]  10/25 11/9
12/3 12/5 12/5 12/8
12/16 13/23 14/4 14/19
Smith [4]  7/25 19/21
20/6 41/5
Smith's [1]  8/2
so [40]  2/12 2/19 2/23
2/24 4/24 7/11 7/12
8/15 9/18 16/18 19/9
19/10 20/3 31/6 31/12
32/25 33/8 33/14 33/19
33/21 34/1 34/11 34/19
35/1 36/8 37/20 39/24
44/2 44/9 48/7 48/13
51/13 56/25 59/4 60/14
66/12 67/22 67/25
73/25 74/13
sold [1]  28/12
sole [1]  10/17
some [9]  2/7 5/8 8/15
19/12 20/4 49/15 50/21
57/25 58/15
somebody [1]  70/14
someone [1]  32/19
something [3]  12/23
13/2 74/1
sometimes [1]  59/11
sorry [6]  3/7 3/10 5/24
32/24 33/1 74/21
sort [1]  58/15
sounds [1]  24/14
sources [1]  12/15
speak [10]  7/9 8/12
8/14 36/16 59/11 59/11
60/11 66/11 72/16
72/17
speaking [3]  2/22 4/23
6/25
speaks [1]  8/4
special [1]  46/4
specific [3]  17/6 28/6
67/10
specifically [10]  19/7
43/14 45/5 47/9 48/4
53/11 57/24 64/14
64/25 72/4
spent [2]  15/8 62/24
spoke [1]  63/17

# standing [4]  2/10

standing [4]  2/10
34/10 59/15 67/25
stands [2]  74/22 74/23
starting [2]  18/25 48/6
state [6]  10/11 13/25
34/5 34/23 52/4 52/8
stated [1]  21/25
statement [13]  15/23
17/14 19/9 19/14 20/8
20/10 20/12 31/15
31/16 34/6 40/16 61/25
64/3
statements [2]  34/7
36/4
states [36]  1/1 1/3 2/3
3/9 10/7 10/16 10/25
11/8 12/4 23/3 24/4
24/5 24/15 24/24 25/5
27/4 27/23 28/7 28/15
32/17 36/12 42/12
43/15 47/5 47/12 47/12
48/3 48/3 49/13 53/14
59/2 64/22 65/18 68/3
75/5 75/11
status [1]  2/20
statute [2]  45/19 52/16
stay [2]  50/9 52/15
stenographically [1]
75/8
stenographically-repo
rted [1]  75/8
stenotype [1]  1/22
step [11]  4/24 5/2
11/25 11/25 30/11
30/11 67/23 67/23
68/14 68/14 68/17
still [5]  8/12 8/22
17/20 47/17 64/12
stipulation [2]  40/17
60/2
stop [4]  16/23 17/22
18/12 30/12
stopped [1]  17/21
stopping [4]  17/12
18/12 18/25 19/12
Street [1]  1/24
strengthen [1]  12/6
strongly [2]  7/11
65/24
subject [2]  47/18
55/23
submission [5]  15/14
15/19 24/21 27/24
27/25
submissions [3]
21/15 26/4 62/4
submit [4]  13/13 24/24
25/8 27/23
submitted [12]  15/13
25/6 25/19 57/21 61/9

# 61/17 61/23 67/4 67/7

61/17 61/23 67/4 67/7
67/11 67/14 70/8
submitting [2]  26/11
62/9
subpoenas [3]  56/21
56/22 56/23
substance [2]  35/4
35/8
substantially [1]
28/14
substantiate [2]  20/24
27/16
substitute [3]  28/4
28/10 28/16
such [1]  44/10
suffering [1]  12/13
sufficiently [1]  38/3
suggest [2]  7/11 45/22
suggestion [2]  63/4
73/25
summarize [2]  47/6
59/3
summarized [2]  12/2
64/10
summary [3]  18/3
18/6 64/6
summer [1]  19/21
supervised [5]  45/20
46/10 46/11 46/15
46/16
supervising [1]  70/2
supervision [1]  70/25
supplement [2]  40/24
41/21
supplements [1]  40/4
support [4]  12/4 25/9
25/19 61/15
supported [1]  65/13
supporting [2]  12/7
16/16
Supreme [4]  47/5
47/12 48/3 48/4
sure [11]  5/19 22/1
30/17 31/22 32/20 34/4
34/11 59/14 65/4 69/3
69/8
surrender [2]  69/13
70/2
surrendered [2]  70/4
70/9
surrendering [1]
68/24
suspect [1]  50/22
sustaining [1]  65/14
sworn [1]  34/22
system [4]  52/4 52/4
52/8 52/9

# T

table [1]  9/6

# take [11]  9/6 22/16

take [11]  9/6 22/16
30/8 30/10 30/13 34/12
47/17 59/24 72/17
73/20 73/22
taken [6]  28/5 29/12
37/10 37/21 65/4 72/14
taking [1]  32/15
talk [2]  16/23 19/7
talking [1]  7/3
tax [9]  20/23 20/25
21/4 21/6 25/25 26/1
61/17 61/21 61/22
taxes [1]  16/10
technology [1]  11/6
telephone [1]  66/1
telephonically [2]
68/10 68/12
television [1]  58/13
tell [3]  49/3 56/7 56/8
term [1]  45/20
terminate [1]  18/19
terms [8]  31/12 33/20
34/17 42/17 47/6 48/20
48/24 58/5
tested [2]  2/17 8/9
testify [5]  55/18 55/20
55/23 56/4 56/15
than [6]  6/7 24/18 43/3
51/24 71/2 72/15
thank [18]  3/11 9/11
9/12 33/9 34/25 35/3
35/21 35/22 42/7 42/8
64/2 66/17 68/23 73/14
74/7 74/10 74/12 74/16
that [358]
that then [1]  18/8
That'll [1]  42/4
that's [28]  3/8 3/18
5/23 5/23 6/21 8/10
13/23 15/15 17/11
21/24 22/22 30/8 30/10
31/5 31/11 33/1 33/1
33/19 35/2 38/10 41/1
45/22 51/24 65/6 71/20
71/22 72/8 73/16
their [2]  14/2 56/19
them [3]  47/17 47/17
73/1
themselves [1]  2/24
then [27]  4/22 7/3 8/8
10/23 11/9 12/2 13/3
18/8 18/11 19/8 21/3
21/12 22/10 23/6 28/3
40/23 46/15 46/20
48/25 50/2 51/8 51/9
52/7 64/14 66/23 68/12
73/21
there [47]  5/13 9/9
9/21 12/21 13/2 13/9
15/2 19/12 22/5 22/10

United States of America v Ayaz Qureshi

**T**

**there... [37]** 25/13 26/17 28/3 28/17 32/6 32/19 39/2 39/7 40/5 40/15 40/19 41/9 41/13 42/10 44/10 47/4 49/13 49/22 50/10 52/3 52/4 52/9 53/20 55/2 55/6 57/3 58/19 59/21 60/2 60/14 64/3 64/5 64/18 64/20 68/5 74/13 74/14

**there's [13]** 5/9 9/19 14/8 16/18 18/14 20/4 31/13 33/6 39/14 40/8 40/17 49/1 49/23

**Thereafter [1]** 23/2

**therein [1]** 8/3 20/14

**thereto [3]** 40/4 40/15 41/22

**these [16]** 2/7 11/9 14/3 18/19 18/25 22/10 23/13 26/16 38/10 38/14 41/2 47/22 54/11 57/19 67/21 71/6

**they [9]** 40/16 45/21 45/22 45/23 47/13 54/6 56/7 57/15 71/3

**They're [1]** 42/19

**thing [4]** 19/4 29/6 33/6 68/13

**think [10]** 5/25 7/5 9/5 17/18 17/22 19/13 50/24 51/2 52/19 59/9

**thinks [2]** 50/5 52/17

**third [4]** 16/15 28/12 52/6 71/14

**third-party [2]** 28/12 71/14

**this [118]**

**this'll [1]** 74/12

**THOMAS [7]** 1/17 1/23 3/22 59/12 74/21 75/4 75/16

**those [25]** 26/25 28/10 29/21 36/2 41/6 41/13 42/23 47/6 48/14 56/4 56/20 56/21 56/23 57/11 58/16 58/19 58/20 58/21 58/21 58/23 62/13 62/15 67/3 69/7 73/17

**threat [2]** 68/7 68/19

**threaten [1]** 43/7

**three [5]** 17/22 20/3 37/16 37/19 48/3

**through [24]** 8/2 11/23 12/17 12/20 13/20 13/24 18/13 20/8 23/17 23/25 27/11 33/3 45/4 53/3 59/12 60/24 63/23

68/4 69/7 69/10 73/20 73/21 73/22 74/4

**throughout [2]** 10/16 11/7

**Thursday [2]** 48/17 66/15

**thus [1]** 11/11

**time [21]** 4/5 15/10 19/10 22/16 22/25 30/17 31/19 33/11 37/14 37/17 46/5 49/4 49/5 50/21 52/6 52/7 57/24 59/24 61/11 62/25 73/20

**times [3]** 10/8 17/22 65/24

**Title [1]** 24/5

**today [16]** 7/5 8/19 10/19 19/6 19/10 22/24 30/20 31/22 48/10 50/21 50/23 65/10 65/22 67/6 67/15 69/2

**together [2]** 2/7 60/25

**too [2]** 52/17 52/19

**took [1]** 37/15

**topic [1]** 45/10

**total [9]** 14/21 21/2 23/20 26/23 28/18 49/2 49/5 61/18 63/11

**totaling [1]** 62/12

**totally [1]** 69/20

**toward [2]** 15/10 63/1

**traceable [3]** 23/23 62/16 63/12

**trains [1]** 33/11

**transcript [2]** 75/8 75/9

**transcription [1]** 1/22

**transferred [1]** 28/12

**transfers [2]** 58/19 63/25

**transmission [1]** 58/14

**transmit [1]** 24/12

**transmitted [4]** 14/18 24/12 58/12 64/1

**treated [1]** 37/4

**trial [17]** 4/5 9/6 18/13 38/21 53/12 53/13 53/20 53/20 53/22 53/25 54/2 54/12 54/23 55/8 56/3 57/3 59/4

**tried [1]** 43/7

**true [2]** 16/17 75/7

**truthful [2]** 16/19 16/20

**try [3]** 33/3 34/1 47/5

**trying [6]** 6/18 17/20 18/16 18/24 22/1 22/3

**Tuesday [1]** 67/16

**turn [3]** 5/17 5/20 59/19

**turning [1]** 40/20

**TV [1]** 36/21

**twice [1]** 17/22

**two [6]** 8/23 12/15 47/4 52/5 52/5 57/25

**two-line [1]** 8/23

**two-year [1]** 52/5

**U**

**U.S [3]** 3/2 45/6 53/1

**U.S.C [1]** 75/7

**ultimately [9]** 23/4 27/6 50/11 54/6 61/5 62/14 62/16 63/20 66/23

**unable [1]** 44/5

**unanimous [1]** 55/3

**uncomfortable [1]** 19/1

**under [24]** 5/11 14/5 15/6 18/1 18/2 24/4 29/9 30/14 30/24 30/25 31/16 31/20 32/14 34/3 34/4 35/24 37/7 42/5 49/4 52/25 55/18 57/22 61/3 62/22

**undergo [1]** 70/22

**understand [144]**

**understanding [5]** 8/15 11/23 22/17 32/2 64/24

**understands [13]** 9/17 17/8 17/21 19/6 22/2 35/13 38/3 46/21 65/4 67/13 68/1 69/8 74/5

**understood [2]** 8/4 41/14

**unemployment [1]** 20/23 25/25

**unique [1]** 72/12

**UNITED [34]** 1/1 1/3 2/3 3/9 10/7 10/16 10/25 11/7 12/4 23/3 24/4 24/5 24/15 24/24 25/4 27/3 27/23 28/7 28/15 32/17 36/12 43/15 47/5 47/12 47/12 48/2 48/3 53/13 59/2 64/22 65/18 68/3 75/5 75/11

**unknown [7]** 23/2 24/3 24/23 25/4 27/3 27/22 49/15

**unlawful [2]** 58/1 58/3

**unless [2]** 50/22 55/19

**unreasonableness [1]** 47/19

**until [1]** 50/16

**untruthful [1]** 34/5

**up [10]** 7/10 17/11 31/10 33/15 33/16 49/12 54/21 57/10 70/24 74/10

**upon [4]** 42/20 56/9 59/2 67/22

**use [3]** 24/19 24/20 63/23

**used [13]** 14/3 14/23 14/25 15/10 16/12 25/15 27/16 36/2 56/5 62/19 62/25 63/3 63/25

**using [4]** 14/17 37/13 63/9 63/12

**usually [1]** 50/4 67/6 72/16

**utilities [2]** 15/6 62/21

**utility [1]** 16/14

**utilized [1]** 27/23

**V**

**vaccinated [7]** 2/17 2/21 3/3 3/13 3/25 4/13 4/20

**vaccination [1]** 2/20

**valuable [1]** 43/20

**value [1]** 28/14

**various [1]** 48/12

**verbatim [4]** 22/1 29/2 30/21 57/19

**verdict [2]** 55/3 57/4

**verify [4]** 9/7 72/6 73/10 73/12

**very [18]** 3/12 3/22 6/15 6/15 19/14 31/21 34/11 52/13 57/15 57/17 59/9 60/9 64/2 65/6 66/17 72/8 74/10 74/21

**via [1]** 23/18

**viability [1]** 12/7

**victim [1]** 70/20

**view [4]** 29/4 32/6 74/14 74/18

**violate [3]** 46/16 69/3 69/19

**violating [1]** 71/6

**violation [7]** 16/21 24/15 32/17 43/15 44/18 65/18 69/20

**voice [1]** 54/20

**voided [2]** 15/22 61/25

**voluntarily [1]** 55/19

**voluntary [1]** 65/13

**vote [1]** 43/23

**vouchers [1]** 44/11

**W**

**wages [4]** 20/24 21/4 25/23 61/21

**waive [4]** 6/10 52/14 52/20 67/6

**waived [4]** 8/24 57/9

**waiver [14]** 2/8 5/13 5/14 6/5 6/17 8/22 9/8 9/19 9/21 19/24 19/25 52/24 53/11 53/11

**waiving [1]** 52/20

**walked [1]** 30/20

**wall [1]** 2/18

**want [15]** 5/17 16/23 31/18 50/23 53/11 59/14 59/15 67/12 67/25 70/14 72/3 73/20 73/20 73/21 73/22

**wanted [1]** 56/19

**wants [3]** 19/8 19/9 19/13

**warrant [2]** 69/4 71/7

**was [74]** 4/25 5/15 10/9 10/12 10/23 10/25 11/4 11/22 11/25 12/11 12/14 14/16 15/7 16/3 16/9 16/20 17/3 19/23 19/25 20/2 20/14 21/18 21/24 22/5 23/4 23/4 24/14 24/16 24/22 25/3 25/7 25/19 25/21 26/2 26/6 26/8 26/21 26/25 27/2 27/5 27/6 27/8 27/21 29/19 33/14 35/1 37/18 41/8 41/14 45/18 52/19 53/1 57/3 58/12 60/7 61/10 61/11 61/17 61/19 61/19 61/20 62/6 62/10 62/16 63/20 63/25 68/9 68/10 68/12 73/1 73/15

**watching [1]** 36/21

**way [9]** 2/5 4/25 5/7 5/10 8/25 33/20 43/7 56/8 57/25

**we [38]** 2/7 2/8 4/5 4/25 6/3 8/18 9/5 17/12 18/9 20/1 20/7 22/3 22/18 29/6 29/9 29/12 30/12 30/13 31/9 31/11 31/20 33/3 33/8 34/19 36/18 39/23 42/18 55/7 67/6 67/18 67/20 67/24 69/6 71/13 71/15 71/17 71/20 72/2

**we'll [10]** 8/18 20/16 30/10 30/12 31/12 33/8 59/12 67/23 71/9 74/11

**we're [23]** 8/22 9/21 11/24 17/14 17/19 17/19 18/11 18/12 18/19 20/16 20/18

## W

**we're... [12]** 22/15 30/11 32/4 32/14 33/4 34/1 45/9 48/8 49/12 50/24 53/9 73/25

**we've [3]** 2/6 32/2 33/7

**wearing [2]** 2/13 2/19

**welcome [1]** 4/23

**well [18]** 3/19 7/10 11/24 18/11 30/2 30/10 39/4 39/6 41/14 47/24 48/14 57/5 57/11 59/12 63/18 67/12 68/12 68/23

**Wells [5]** 10/14 62/1 62/6 62/17 63/8

**went [3]** 11/23 20/7 37/17

**were [34]** 10/17 12/15 14/3 14/22 14/25 16/12 22/8 23/14 23/15 23/21 26/23 38/21 44/17 44/22 44/23 46/14 46/16 47/11 47/13 50/22 55/6 55/7 55/7 56/23 57/20 58/18 58/19 58/20 62/10 62/21 62/23 63/3 63/11 63/13

**what [42]** 6/19 6/20 7/22 9/18 11/11 12/21 17/8 17/21 17/23 18/3 18/16 19/8 22/2 28/17 31/17 34/12 34/25 35/5 35/16 36/9 38/10 41/8 41/14 42/17 44/9 45/16 49/17 50/4 50/5 50/9 50/11 51/14 51/18 52/25 53/21 53/24 54/2 56/18 65/8 67/13 67/21 72/18

**what's [3]** 7/5 67/22 68/1

**when [27]** 17/15 19/25 21/21 30/20 32/24 34/12 36/11 36/16 36/22 37/14 37/16 37/18 37/19 40/9 40/10 41/9 41/12 41/15 46/5 47/18 48/7 48/14 50/10 50/11 64/1 65/24 68/9

**where [3]** 20/7 71/22 71/22

**whether [3]** 5/9 7/18 33/25

**which [42]** 5/8 5/14 9/14 13/17 14/17 19/5 20/8 20/21 20/23 22/7 22/8 23/8 23/22 24/14 25/10 25/18 26/23

**26/25 27/17 29/7 30/18 31/7 38/25 39/2 39/3 39/8 39/14 40/16 41/17 43/3 43/13 47/8 47/9 47/15 48/15 49/22 49/23 54/12 61/10 61/17 63/25 72/13**

**while [7]** 2/22 4/22 6/24 17/6 45/9 47/16 70/25

**who [10]** 3/7 7/10 11/3 11/4 17/3 32/20 32/21 32/25 65/21 70/20

**whole [2]** 38/17 68/13

**whom [2]** 16/10 56/19

**whose [1]** 65/12

**why [5]** 18/11 22/3 31/11 64/19 71/20

**wife [6]** 10/17 10/19 23/19 23/21 27/13 63/10

**will [35]** 2/8 2/19 18/23 19/15 21/25 29/2 30/1 31/24 34/19 43/19 44/2 45/22 48/10 48/11 48/12 49/16 49/16 50/9 51/8 51/8 51/8 57/9 65/23 65/24 65/25 65/25 66/4 66/10 66/12 66/18 66/20 66/21 66/21 67/16 68/20

**willfully [4]** 24/2 24/6 24/11 58/3

**wire [11]** 9/24 24/12 32/17 43/14 57/14 57/23 58/2 58/13 58/15 58/18 65/17

**wires [3]** 27/23 63/25 64/1

**wish [1]** 64/12

**wishes [1]** 32/7

**withdraw [1]** 42/24

**withdrawals [1]** 23/11

**withdrew [1]** 63/7

**withhold [2]** 25/25 61/21

**within [5]** 2/18 15/9 52/15 61/20 62/25

**without [5]** 5/5 42/24 69/24 72/13 72/14

**witness [1]** 70/20

**witnesses [8]** 38/20 55/14 55/14 56/15 56/18 56/23 66/25 67/3

**won't [1]** 48/13

**word [2]** 60/16 72/11

**worded [1]** 72/3

**words [1]** 8/15

**work [4]** 21/19 22/4 22/9 62/8

**worked [1]** 31/10

**workers [1]** 16/12

**working [1]** 11/21

**works [2]** 47/4 53/13

**worn [2]** 2/11 2/15

**worry [1]** 73/17

**would [41]** 2/24 4/24 7/12 13/16 21/23 29/10 29/14 32/3 39/23 40/11 49/4 49/5 53/20 53/21 54/12 54/16 54/23 54/24 55/2 55/7 55/8 55/18 56/7 56/8 56/14 56/20 56/21 56/22 56/22 59/4 59/7 69/6 69/19 70/12 71/13 71/13 71/15 71/20 71/24 72/4 72/20

**writ [1]** 72/23

**write [3]** 37/1 37/12 71/25

**writing [2]** 26/15 58/14

**writings [1]** 24/13

**written [4]** 65/20 72/21 72/25 73/1

**wrongdoing [1]** 18/17

**wrote [4]** 23/3 27/4 62/13 62/14

## Y

**Yazee [48]** 10/11 10/12 10/13 15/15 15/25 16/1 16/5 16/9 20/20 20/25 21/4 21/5 21/16 21/19 22/4 22/9 22/11 23/9 23/12 23/14 23/20 23/24 25/1 25/6 25/20 25/22 25/24 26/5 26/7 26/11 27/9 27/12 27/14 27/20 28/2 61/2 61/10 61/11 61/14 61/18 61/20 62/1 62/4 62/17 63/6 63/9 63/14 63/20

**Yeah [2]** 36/18 53/23

**year [6]** 6/7 20/25 21/4 48/18 52/5 61/22

**years [5]** 45/20 45/21 48/3 52/5 72/14

**yes [172]**

**yet [7]** 30/6 30/13 30/24 31/11 45/17 67/21 70/4

**you [428]**

**you'll [9]** 9/20 39/17 40/5 42/5 50/20 51/2 65/22 71/9 73/18

**you're [25]** 2/22 3/6 3/11 3/18 13/5 13/17

30/15 30/25 31/15 34/3 34/4 34/6 34/10 34/11 35/24 43/14 43/19 44/2 48/9 52/7 53/4 54/20 60/15 69/1 70/18

**you've [9]** 2/21 6/6 6/8 30/21 39/2 39/7 44/1 44/16 53/3

**your [260]**

## Z

**Zoom [1]** 65/25